# **EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**SR 814-925**

**Effective Date of Registration:**
June 27, 2018

## Title

**Title of Work:** Jewel of My Life

**Previous or Alternate Title:** Hooyo

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** October 27, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Yasmin Mohamed
  **Pseudonym:** Somalia
  **Author Created:** sound recording, Vocal performance, melody and lyrics
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

- **Author:** William Uschold
  **Pseudonym:** Will-U
  **Author Created:** sound recording, Production, Arrangement
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

- **Author:** Tyrone Dangerfield
  **Pseudonym:** Taboo!! & Dangerfield
  **Author Created:** sound recording, Production, Arrangement
  **Work made for hire:** No
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Yasmin Mohamed

c/o Scott Burroughs, 603 Rose Ave., Venice, CA, 90291, United States

**Copyright Claimant:** William Uschold

**Copyright Claimant:** Tyrone Dangerfield

## Limitation of copyright claim

**Previous registration and year:** SRu000897821, 2009
**Basis of current registration:** This is the first published edition of a work prev. registered as unpublished. This is the first application submitted by this author as claimant.

## Certification

**Name:** Scott Burroughs
**Date:** June 27, 2018

**Correspondence:** Yes

