## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yasmina Mohammed p/k/a Somalia,<br><br>Plaintiff,<br><br>v.<br><br>Abel Makkonen Tesfaye p/k/a The Weeknd; Guillaume Emmanuel de Homem-Christo and Thomas Bangalter p/k/a Daft Punk; Martin McKinney p/k/a Doc; Henry Walter p/k/a Cirkut; Jason Quenneville p/k/a DaHeala, XO Records, LLC; Republic Records; Universal Music Group; William Uschold p/k/a WILL U; Tyrone Dangerfield p/k/a TABOO!!; Squad Music Group; and DOES 1-10,<br><br>Defendants. | Case No.: 1:18-cv-08469<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Yasmin Mohamed p/k/a Yasminah (an individual) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:     NONE

| | |
|---|---|
| Dated:  September 17, 2018 | Respectfully submitted,<br><br>By: */s/ Emily A. Danchuk*<br>Emily A. Danchuk<br>emily@donigerlawfirm.com<br>DONIGER / BURROUGHS<br>231 Norman Avenue, Suite 413<br>Brooklyn, New York 11222<br>Telephone: (310) 590-1820<br>Attorneys for Plaintiff |