

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### SCOTT ALAN BURROUGHS

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that SCOTT ALAN BURROUGHS, #235718, was on the 23rd day of February 2005, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 17th day of September 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: *[signature]*
F. Coello, Deputy Clerk