UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yasmin Mohamed p/k/a Yasminah,<br><br>Plaintiff,<br><br>v.<br><br>Abel Makkonen Tesfaye p/k/a The Weeknd; *et al.*,<br><br>Defendants. | Civil Action No.: 1:18-cv-08469-JSR<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of Scott Alan Burroughs, Esq. of DONIGER/BURROUGHS, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

>Scott Alan Burroughs, Esq.
>DONIGER / BURROUGHS
>603 Rose Avenue
>Venice, California 90291
>231 Norman Avenue, Suite 413
>Brooklyn, New York 11222
>(310) 590-1820

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE