UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yasmin Mohamed p/k/a Yasminah,<br><br>Plaintiff,<br><br>v.<br><br>Abel Makkonen Tesfaye p/k/a The Weeknd; *et al.*,<br><br>Defendants. | Civil Action No.: 1:18-cv-08469-JSR<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/18

The motion of Scott Alan Burroughs, Esq. of DONIGER/BURROUGHS, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

> Scott Alan Burroughs, Esq.
> DONIGER / BURROUGHS
> 603 Rose Avenue
> Venice, California 90291
> 231 Norman Avenue, Suite 413
> Brooklyn, New York 11222
> (310) 590-1820

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/5/18

HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yasmin Mohamed p/k/a Yasminah,<br><br>Plaintiff,<br><br>v.<br><br>Abel Makkonen Tesfaye p/k/a The Weeknd; *et al.*,<br><br>Defendants. | Civil Action No.: 1:18-cv-08469-JSR<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Scott Alan Burroughs, Esq. of Doniger / Burroughs hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Yasmina Mohammed p/k/a Somalia in the above-captioned action. I am in good standing of the Bar of the State of California and have passed the New York Bar Exam and am currently awaiting admission. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 2, 2018

By: _____
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
231 Norman Avenue, Suite 413
Brooklyn, New York 11222
(310) 590-1820
scott@donigerlawfirm.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Yasmin Mohamed p/k/a Yasminah,<br><br>Plaintiff,<br><br>v.<br><br>Abel Makkonen Tesfaye p/k/a The Weeknd; *et al.*,<br><br>Defendants. | Civil Action No.: 1:18-cv-08469-JSR<br><br>**AFFIDAVIT OF SCOTT ALAN BURROUGHS, ESQ. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Scott Alan Burroughs, Esq., pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, do solemnly declare:

1. I am a partner at the Doniger / Burroughs law firm, with offices located at 603 Rose Avenue, Venice, California 90291 and 231 Norman Avenue, Suite 413, Brooklyn, New York 11222;

2. I am a member in good standing of the bar of the state of California;

3. I have passed the New York Bar Exam and am currently awaiting admission into the New York Bar.

4. I have never been convicted of a felony;

5. I have never been censured, suspended, disbarred, or denied admission by any state or federal Court; and

6. There are currently no disciplinary proceedings of any sort pending against me.

I declare the above to be true and correct under the penalty of perjury and the laws of the United States of America.

Dated: October 2, 2018

By: _____
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
231 Norman Avenue, Suite 413
Brooklyn, New York 11222
(310) 590-1820
scott@donigerlawfirm.com
Attorneys for Plaintiff



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *SCOTT ALAN BURROUGHS*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that SCOTT ALAN BURROUGHS, #235718, was on the 23rd day of February 2005, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 17th day of September 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
F. Coello, Deputy Clerk