UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
YASMIN MOHAMED p/k/a YASMINAH,          :

     Plaintiff,                         :

                   :   18-cv-08469 (JSR)
       -v-
                   :   ORDER

ABEL MAKKONEN TESFAYA p/k/a THE        :
WEEKND; GUILLAUME EMMANUEL DE          :
HOMEM-CHRISTO & THOMAS BANGALTER       :
p/k/a DAFT PUNK; MARTIN MCKINNEY       :
p/k/a DOC; HENRY WALTER p/k/a          :
CIRKUT; JASON QUENNEVILLE p/k/a        :
DAHEALA; XO RECORDS, LLC; REPUBLIC     :
RECORDS; UNIVERSAL MUSIC GROUP;        :
WILLIAM USCHOLD p/k/a WILL U;          :
TYRONE DANGERFIELD p/k/a TABOO!!;      :
SQUAD MUSIC GROUP; and DOES 1-10,      :

     Defendants.                        :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/18

JED S. RAKOFF, U.S.D.J.

    The initial pretrial conference in this case is hereby

rescheduled to November 7, 2018 at 11:00 A.M. in Courtroom 14B.

    SO ORDERED

Dated:   New York, NY
         October 9, 2018          JED S. RAKOFF, U.S.D.J.