**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Yasmin Mohamed p/k/a Yasminah,<br><br>Plaintiff,<br><br>v.<br><br>Abel Makkonen Tesfaye p/k/a The Weeknd; *et al.*,<br><br>Defendants. | Civil Action No.: 1:18-cv-08469-JSR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Emily A. Danchuk, Esq. of Doniger / Burroughs hereby withdraws as counsel of record for Plaintiff Yasmin Mohamed p/k/a Yasminah ("Plaintiff") and should be removed from the Court's service list. Scott Alan Burroughs, Esq. of Doniger / Burroughs will continue to serve as counsel for Plaintiff. All future correspondence in this matter may be directed to Mr. Burroughs.

Respectfully submitted,

Dated: October 17, 2018     By:     */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
231 Norman Avenue, Suite 413
Brooklyn, New York 11222
(310) 590-1820
scott@donigerlawfirm.com
*Attorneys for Plaintiff Klauber Brothers, Inc.*