AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▾

| | |
|---|---|
| Yasmin Mohamed p/k/a Yasminah | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 1:18-cv-08469 (JSR) |
| Abel Makkonen Tesfaye et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Republic Records
    1755 Broadway #6
    New York, New York 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Emily A. Danchuk
    Doniger/Burroughs APC
    231 Norman Avenue, Suite 413
    Brooklyn, New York 11222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/25/2018

/s/ D. Howie
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-08469 (JSR)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

 ❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

 ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

 ❐ I returned the summons unexecuted because _____ ; or

 ❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                  _____
                        *Server's signature*

                  _____
                        *Printed name and title*

                  _____
                        *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
YASMIN MOHAMED p/k/a YASMINAH

**Defendant / Respondent:**
ABEL MAKKONEN TESFAYE et al.

**AFFIDAVIT OF SERVICE**

Index No:
1:18-cv-08469 (JSR)

The undersigned being duly sworn, on oath deposes and says; That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein. That on Thu, Oct 11 2018 AT 11:27 AM AT c/o CT CORPORATION SYSTEM 111 8th Avenue 13th Floor, New York, NY 10011 deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT, JURY TRIAL DEMANDED (Received Sep 27, 2018 at 1:27pm EDT) on REPUBLIC RECORDS.

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** REPUBLIC RECORDS a defendant, therein named, by delivering a true copy of each to NORA DINDYAL personally, a person authorized by the CT Corporation System to accept service of process, with 1 copy of the above described papers and knew said individual to be Intake Specialist thereof..

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 1755 Broadway, #6, New York, NY 10019, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Friday, Oct 12 2018.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 60   Ethnicity: Middle Eastern   Gender: Female   Weight: 110-120
Height: 5'4"   Hair: Black   Eyes: Brown   Relationship: Intake Specialist
Other: NORA DINDYAL, Intake Specialist, Front window, CT Corporation System, Person authorized to accept service, Who accepted service with identity confirmed by verbal communication.

Sworn to before me on October 12, 2018

Stephen Scully #2036092-DCA
Red Apple Court Services, Inc.
DCA #2036097 Exp. 02/28/2018
218 E. Park Avenue, #613, Long Beach, NY 11561

Notary Public

Jessica Robins
Notary Public - State of New York
NO. 01RO6369190
Qualified in Nassau County
My Commission Expires Jan 2, 2022