AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Yasmin Mohamed p/k/a Yasminah | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-cv-08469 (JSR) |
| Abel Makkonen Tesfaye et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Jason Quenneville
        1880 Century Park East, Suite 1600
        Los Angeles, CA 90067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Emily A. Danchuk
        Doniger/Burroughs APC
        213 Norman Avenue, Suite 413
        Brooklyn, NY 11222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/21/2018                              /s/ D. Howie
                                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-08469 (JSR)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-08469 (JSR)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jason Quenneville
was received by me on *(date)* 10/02/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Rigo Tellez
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NUMBER: **1:18-cv-08469 (JSR)**

Yasmin Mohamed p/k/a Yasminah    Plaintiff(s)

v.

Abel Makkonen Tesfaye, et al    Defendant(s)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. ☐ summons ☐ first amended complaint ☐ third party complaint
      ☐ complaint ☐ second amended complaint ☐ counter claim
      ☐ alias summons ☐ third amended complaint ☐ cross claim
      ☑ other *(specify):* **Summons in a Civil Action, Complaint, Jury Trial Demanded**

2. **Person served:**
   a. ☑ Defendant *(name:)* **Jason Quenneville**
   b. ☐ Other *(specify name and title or relationship to the party/business named):*

   c. ☑ Address where the papers were served: **1880 Century Park East, Suite 1600**
      Los Angeles, CA 90067

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*
   a. ☐ Federal Rules of Civil Procedure
   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** *(date):* at *(time):*
   b. ☑ By **Substituted Service.** By leaving copies: **Jeannie Jones - Person in Charge/Authorized to Accept**
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☑ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☑ **Papers were served on** *(date):* **10/5/2018** at *(time):* **3:47 PM**
      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☑ **papers were mailed on** Oct 09, 2018 - DECLARATION OF MAILING ATTACHED
      6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant.
   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** **(C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **Rigo Tellez**
   Solano Legal, Inc
   710 Empire Street
   Fairfield, CA 94533
   (707) 426-6066

   a. Fee for service: $ **68.00**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :**2014283953**
      County: **Los Angeles**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **October 9, 2018**    **Rigo Tellez**
   Type or Print Server's Name    (Signature)

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)    PAGE 2
18573

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:   \| FAX NO.   \| E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | |
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS: 500 PEARL STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: NEW YORK, NY 10007<br>BRANCH NAME: FOR THE SOUTHERN DISTRICT OF NEW YORK | |
| PLAINTIFF/PETITIONER: Yasmin Mohamed p/k/a Yasminah | CASE NUMBER:<br>1:18-cv-08469 (JSR) |
| DEFENDANT/RESPONDENT: Abel Makkonen Tesfaye, et al | |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |

I, Rigo Tellez, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Jason Quenneville as follows:
Documents:
  **Summons in a Civil Action, Complaint, Jury Trial Demanded;**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 10/3/2018 | 7:38 PM | Home | Business Address. Closed and doors are locked.<br>Gelfand, Rennet & Feldman.<br>1880 Century Park East, Suite 1600, Los Angeles, CA 90067 |
| 10/4/2018 | 10:03 AM | Home | Per receptionist, servee is not in a this time.<br>1880 Century Park East, Suite 1600, Los Angeles, CA 90067 |
| 10/5/2018 | 1:52 PM | Home | Per Jeannie Jones, Jason is not in at this time. She accepted service and will give to him.<br>1880 Century Park East, Suite 1600, Los Angeles, CA 90067 |

Fee for Service: $ 68.00
```
Solano Legal, Inc
710 Empire Street
Fairfield, CA 94533
(707) 426-6066
Ref:
Registration No.: 2014283953
County: Los Angeles
```

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 9, 2018.

Signature: 
Rigo Tellez

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 18573

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Red Apple Court Services, Inc.<br>218 E. Park Ave. #613<br>Long Beach, NY 11561<br>TELEPHONE No.: (516) 500-7378<br>Attorney for: | E-MAIL ADDRESS (Optional): stephen.scully@racsny.com<br>FAX No. (Optional): (516) 665-2617 | |
| | Ref No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT - FOR THE SOUTHERN DISTRICT OF NEW YORK |

| Plaintiff: Yasmin Mohamed p/k/a Yasminah |
|---|
| Defendant: Abel Makkonen Tesfaye, et al |

| PROOF OF SERVICE<br>BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>1:18-cv-08469 (JSR) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Action, Complaint, Jury Trial Demanded;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at , California, addressed as follows:

   a. Date of Mailing:          October 9, 2018
   b. Place of Mailing:         Fairfield, CA 94533
   c. Addressed as follows:     Jason Quenneville
                                1880 Century Park East, Suite 1600
                                Los Angeles, CA 90067

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at , California in the ordinary course of business.

Fee for Service: $ 68.00
    County: Los Angeles
    Registration No.: 2014283953
    Solano Legal, Inc
    710 Empire Street
    Fairfield, CA 94533
    (707) 426-6066
    www.solanolegal.net

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 9, 2018.

Signature: *Kristie Moralez*

**PROOF OF SERVICE BY MAIL**

Order#: 18573/mailproof