**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Yasmin Mohamed p/k/a Yasminah

                              Plaintiff,

        -against-                           1:18  Civ.  08469  (JSR )

                                      **MOTION FOR ADMISSION**

Abel Makkonen Tesfaye p/k/a

The Weeknd                                **PRO HAC VICE**

                            Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Steven T. Lowe hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

Yasmin Mohamed p/k/a Yasminah in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 10/25/18

Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: Steven T. Lowe

Firm Name: Lowe & Associates

Address: 8383 Wilshire Blvd. Ste #1038

City/State/Zip: Beverly Hills, CA, 90211

Telephone/Fax: (310) 477-5811

Email: Steven@lowelaw.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Yasmin Mohamed p/k/a Yasminah,

Plaintiff,

     v.

Abel Makkonen Tesfaye p/k/a
The Weeknd;  Guillaume Emmanuel de
Homem-Christo and Thomas Bangalter
p/k/a Daft Punk; Martin McKinney p/k/a
Doc; Henry Walter p/k/a Cirkut; Jason
Quenneville p/k/a DaHeala, XO Records,
LLC; Republic Records; Universal Music
Group; William Uschold p/k/a WILL U;
Tyrone Dangerfield p/k/a TABOO!!;
Squad Music Group and Does 1-10,
Defendants.

Case No.:  1:18-cv-08469-JSR

**MOTION FOR ADMISSION PRO HAC**
**VICE; AFFIDAVIT**

Pursuant to Local Rule 1.3, Steven T. Lowe states as follows:

1.     I have never been convicted of a felony.

2.     I have never been censured, suspended, disbarred or denied admission or

readmission by any court

3.     There are no disciplinary proceedings presently against me in any state or federal

court.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: October 25, 2018

Steven T. Lowe
Lowe & Associates
8383 Wilshire Blvd. Ste. #1038
Beverly Hills, CA 90211