UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yasmin Mohamed p/k/a Yasminah
       Plaintiff,

-against-

Abel Makkonen Tesfaye p/k/a The Weeknd
       Defendant.

1:18 cv 08469 ( JSR )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of **Steven T. Lowe**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **California**; and that his/her contact information is as follows (please print):

Applicant's Name: Steven T. Lowe
Firm Name: Lowe & Associates
Address: 8383 Wilshire Blvd. Ste. #1038
City / State / Zip: Beverly Hills, CA, 90211
Telephone / Fax: (310) 477-5811 / (310 477-7672

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Yasmin Mohamed p/k/a/ Yasminah in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge