## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YASMIN MOHAMED p/k/a Yasminah

          Plaintiff,

    v.

ABEL MAKKONEN TESFAYE, *etc., et al.*,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 18-cv-08469 (JSR)

**<u>ORDER FOR ADMISSION PRO HAC VICE</u>**

      The motion of Peter J. Anderson, Esq., of The Law Offices of Peter J. Anderson, A Professional Corporation, for admission to practice Pro Hac Vice in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the State Bar of California; and that his contact information is as follows:

> Peter J. Anderson, Esq.
> The Law Offices of Peter J. Anderson
> A Professional Corporation
> 100 Wilshire Boulevard
> Santa Monica, CA 90401
> Telephone: (310) 260-6030

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendants Abel Makkonen Tesfaye, Jason Quenneville, The Weeknd XO, LLC (incorrectly sued as XO Records, LLC), and Republic Records, a division of UMG Recordings, Inc., in the above-entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE