## SCHEDULE A

| DEFENDANT | Status of Service |
|---|---|
| ABEL MAKKONEN TESFAYE p/k/a The Weeknd | Parties will file Stipulation to Extend Answer |
| GUILLAUME EMMANUEL DE HOMEM-CHRISTO and THOMAS BANGALTER p/k/a Daft Punk | Complaint is being translated for service in France pursuant to Hague Convention |
| MARTIN MCKINNEY p/k/a Doc | Request for Service sent to Process Server |
| HENRY WALTER p/k/a Cirkut | Skip Trace request sent to Process Server |
| JASON QUENNEVILLE p/k/a DaHeala | Proof of Service Filed<br>Original Answer deadline 11/9/2018<br>Parties will file Stipulation to Extend Answer |
| XO RECORDS, LLC (actual name "The Weeknd XO, LLC" | Request for Service sent to Process Server<br>Parties will file Stipulation to Extend Answer |
| REPUBLIC RECORDS | Affidavit of Service Filed<br>Original Answer deadline 11/1<br>Parties will file Stipulation to Extend Answer |
| UNIVERSAL MUSIC GROUP | Affidavit of Service Filed<br>Original Answer deadline 11/1<br>Parties will file Stipulation to Extend Answer |
| WILLIAM USCHOLD p/k/a WILL U | Request for Service sent to Process Server 9/26<br>Process Server reported bad address<br>Attempting alternate address as of 10/23 |
| TYRONE DANGERFIELD p/k/a TABOO!! | Request for Service sent to Process Server 9/26<br>Process Server reported bad address<br>Attempting alternate address as of 10/23 |
| SQUAD MUSIC GROUP | Request for Service sent to Process Server 9/26<br>Process Server reported bad address<br>Attempting alternate address as of 10/23 |