UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

Yasmin Mohamed p/k/a Yasminah,

               Plaintiff,

      - against -

Abel Makkonen Tesfaye p/k/a
The Weeknd; Guillaume Emmanuel de Homem-
Christo and Thomas Bangalter p/k/a Daft Punk;
Martin McKinney p/k/a Doc; Henry Walter p/k/a
Cirkut; Jason Quenneville p/k/a DaHeala, XO
Records, LLC; Republic Records; Universal
Music Group; William Uschold p/k/a WILL U;
Tyrone Dangerfield p/k/a TABOO!!; Squad
Music Group; and DOES 1-10,

               Defendants.

------------------------------------------------------------ x

Case No. 18-cv-8469 (JSR)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for Defendants Abel Makkonen Tesfaye, Jason Quenneville, The Weeknd XO, LLC (erroneously sued as XO Records, LLC), and UMG Recordings, Inc. (erroneously sued as Republic Records and as Universal Music Group), in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned at the address stated below.

Dated: New York, New York
       November 5, 2018

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Amanda Levine
    Amanda Levine, Esq.

1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax

*Attorney for Defendants Abel Makkonen Tesfaye, Jason Quenneville, The Weeknd XO, LLC, and UMG Recordings, Inc.*

TO:    Scott Alan Burroughs, Esq.
       scott@donigerlawfirm.com
       DONIGER / BURROUGHS
       231 Norman Avenue, Suite 413
       Brooklyn, New York 11222
       Telephone: (310) 590-1820
       *-with-*
       Steven T. Lowe, Esq.
       steven@lowelaw.com
       Kris S. LeFan, Esq.
       kris@lowelaw.com
       LOWE & ASSOCIATES
       8383 Wilshire Boulevard, Suite 1038
       Beverly Hills, California 90211
       (310) 477-5811

       *Attorneys for Plaintiff Yasmin Mohamed*