**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Yasmin Mohamed p/k/a Yasminah
                                    Plaintiff,

                -against-

Abel Makkonen Tesfaye p/k/a The Weeknd
                                    Defendant.

---

DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/18

1:18 __cv 08469___ ( JSR )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of __Steven T. Lowe_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

__California_____ ; and that his/her contact information is as follows

(please print):

    Applicant's Name: __Steven T. Lowe_____

    Firm Name: __Lowe & Associates_____

    Address: __8383 Wilshire Blvd. Ste. #1038_____

    City / State / Zip: __Beverly Hills, CA, 90211_____

    Telephone / Fax: __(310) 477-5811 / (310 477-7672_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Yasmin Mohamed p/k/a/ Yasminah_____ in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated: __11/4/18__

_____
United States District / ~~Magistrate~~ Judge

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Yasmin Mohamed p/k/a Yasminah

                Plaintiff,

    -against-

Abel Makkonen Tesfaye p/k/a
The Weeknd

                Defendant.

1:18 Civ. 08469 (JSR)

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Steven T. Lowe hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

    Yasmin Mohamed p/k/a Yasminah        in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _____ California _____ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 10/25/18

Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: Steven T. Lowe

Firm Name: Lowe & Associates

Address: 8383 Wilshire Blvd. Ste #1038

City/State/Zip: Beverly Hills, CA, 90211

Telephone/Fax: (310) 477-5811

Email: Steven@lowelaw.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

Yasmin Mohamed p/k/a Yasminah,

Plaintiff,

v.

Abel Makkonen Tesfaye p/k/a
The Weeknd;  Guillaume Emmanuel de
Homem-Christo and Thomas Bangalter
p/k/a Daft Punk; Martin McKinney p/k/a
Doc; Henry Walter p/k/a Cirkut; Jason
Quenneville p/k/a DaHeala, XO Records,
LLC; Republic Records; Universal Music
Group; William Uschold p/k/a WILL U;
Tyrone Dangerfield p/k/a TABOO!!;
Squad Music Group and Does 1-10,
Defendants.

Case No.:  1:18-cv-08469-JSR

**MOTION FOR ADMISSION PRO HAC VICE; AFFIDAVIT**

Pursuant to Local Rule 1.3, Steven T. Lowe states as follows:

1.      I have never been convicted of a felony.

2.      I have never been censured, suspended, disbarred or denied admission or

readmission by any court

3.      There are no disciplinary proceedings presently against me in any state or federal

court.

I declare under the penalty of perjury under the laws of the United States of America that

the foregoing is true and correct to the best of my knowledge and belief.

Date: October 25, 2018

Steven T. Lowe
Lowe & Associates
8383 Wilshire Blvd. Ste. #1038
Beverly Hills, CA 90211



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

## STATE OF CALIFORNIA

### *STEVEN TODD LOWE*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that STEVEN TODD LOWE, #122208, was on the 31st day of December 1985, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 22nd day of October 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Wong, Senior Deputy Clerk