UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/18
```

------------------------------------x
:
YASMIN MOHAMED p/k/a Yasminah :
: Civil Action No. 18-cv-08469 (JSR)
Plaintiff, :
: **ORDER FOR ADMISSION PRO**
v. : **HAC VICE**
:
ABEL MAKKONEN TESFAYE, *etc., et al.*, :
:
Defendants. :
:
------------------------------------x

    The motion of Peter J. Anderson, Esq., of The Law Offices of Peter J. Anderson, A Professional Corporation, for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the State Bar of California; and that his contact information is as follows:

> Peter J. Anderson, Esq.
> The Law Offices of Peter J. Anderson
> A Professional Corporation
> 100 Wilshire Boulevard
> Santa Monica, CA 90401
> Telephone: (310) 260-6030

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendants Abel Makkonen Tesfaye, Jason Quenneville, The Weeknd XO, LLC (incorrectly sued as XO Records, LLC), and Republic Records, a division of UMG Recordings, Inc., in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/9/18

HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
YASMIN MOHAMED p/k/a Yasminah :
: Civil Action No. 18-cv-08469 (JSR)
Plaintiff, :
: **MOTION FOR ADMISSION PRO**
v. : **HAC VICE**
:
ABEL MAKKONEN TESFAYE, *etc., et al.*, :
:
Defendants. :
:
------------------------------------- x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, the undersigned, Peter J. Anderson, hereby respectfully moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendants Abel Makkonen Tesfaye, Jason Quenneville, The Weeknd XO, LLC (incorrectly sued as XO Records, LLC) and Republic Records, a division of UMG Recordings, Inc., in the above-captioned action.

I am a member in good standing of the State Bar of California, and admitted to practice before the United States District Courts for the Central and Southern Districts of California, the Ninth Circuit Court of Appeals and the Supreme Court, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: October 26, 2018            Respectfully submitted,

                                                          Peter J. Anderson

LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard
Santa Monica, CA 90401
(310) 260-6030

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
YASMIN MOHAMED p/k/a Yasminah,       :
                                     :  Civil Action No. 18-cv-08469 (JSR)
            Plaintiff,               :
                                     :  **DECLARATION OF PETER J.**
        v.                           :  **ANDERSON IN SUPPORT OF**
                                     :  **MOTION FOR ADMISSION PRO**
ABEL MAKKONEN TESFAYE, *etc., et al.*,:  **HAC VICE**
                                     :
            Defendants.              :
                                     :
------------------------------------- x

I, Peter J. Anderson, declare:

1. I am the sole shareholder of The Law Offices of Peter J. Anderson, a Professional Corporation, and this affidavit is submitted in support of my Motion for Admission Pro Hac Vice before this Honorable Court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

5. Accompanying this Affidavit is a true and correct copy of a Certificate of Standing issued by the State Bar of California on October 25, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2018, in Santa Monica, California.

_____
Peter J. Anderson

3

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE. 888-800-3400

# CERTIFICATE OF STANDING

October 25, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PETER JAMES ANDERSON, #88891 was admitted to the practice of law in this state by the Supreme Court of California on November 29, 1979; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records