UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Yasmin Mohamed p/k/a
Yasminah           Plaintiff,

Case No. 18-cv-8469 (JSR)

-against-
Abel Makkonen Tesfaye, etc., et al.           Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Amanda Brooke Levine**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AL4953          My State Bar Number is 5501333

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Simpson Thacher & Bartlett LLP
            FIRM ADDRESS: 425 Lexington Avenue New York, NY 10017
            FIRM TELEPHONE NUMBER: 212-455-3508
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Davis Wright Tremaine LLP
            FIRM ADDRESS: 1251 Avenue of the Americas New York, NY 10020
            FIRM TELEPHONE NUMBER: 212-402-4061
            FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 11/6/2018

_____
ATTORNEY'S SIGNATURE