AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Yasmin Mohamed p/k/a Yasminah | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-08469-JSR |
| Abel Makkonen Tesfaye p/k/a The Weeknd, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Guillaume Emmanuel de Homem-Christo and Thomas Bangalter p/k/a Daft Punk

Date:   11/09/2018

/s/ Sandra A. Crawshaw-Sparks
*Attorney's signature*

Sandra A. Crawshaw-Sparks
*Printed name and bar number*

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

*Address*

SCrawshaw@proskauer.com
*E-mail address*

(212) 969-3915
*Telephone number*

(212) 969-2900
*FAX number*