UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

Yasmin Mohamed p/k/a Yasminah,

      Plaintiff,

  - against -

Abel Makkonen Tesfaye p/k/a
The Weeknd; Guillaume Emmanuel de Homem-
Christo and Thomas Bangalter p/k/a Daft Punk;
Martin McKinney p/k/a Doc; Henry Walter p/k/a
Cirkut; Jason Quenneville p/k/a DaHeala, XO
Records, LLC; Republic Records; Universal
Music Group; William Uschold p/k/a WILL U;
Tyrone Dangerfield p/k/a TABOO!!; Squad
Music Group; and DOES 1-10,

      Defendants.

------------------------------------------------------------ x

Case No. 18-cv-8469 (JSR)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for The Weeknd XO, LLC (erroneously sued as XO Records, LLC) certifies that The Weeknd XO, LLC does not have a corporate parent and no publicly traded company owns ten percent (10%) or more of The Weeknd XO, LLC.

Dated: New York, New York
    November 19, 2018

            Respectfully submitted,

            DAVIS WRIGHT TREMAINE LLP

            By: _/s/ Peter Anderson_
              Peter J. Anderson (admitted *pro hac vice*)
              Marcia Paul
              Amanda Levine

            1251 Avenue of the Americas, 21st Floor
            New York, NY  10020-1104
            (212) 489-8230 Phone
            (212) 489-8340 Fax

            *Attorneys for Defendants Abel Tesfaye, Jason Quenneville, The Weeknd XO, LLC, and UMG Recordings, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the CM/ECF system on November 19, 2018 and will be sent electronically to all registered participants identified on the Notice of Electronic Filing.

*/s/ Peter Anderson*
Peter J. Anderson