UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Yasmin Mohamed p/k/a Yasminah,

                Plaintiff,

      - against -

Abel Makkonen Tesfaye p/k/a
The Weeknd; Guillaume Emmanuel de Homem-
Christo and Thomas Bangalter p/k/a Daft Punk;
Martin McKinney p/k/a Doc; Henry Walter p/k/a
Cirkut; Jason Quenneville p/k/a DaHeala, XO
Records, LLC; Republic Records; Universal
Music Group; William Uschold p/k/a WILL U;
Tyrone Dangerfield p/k/a TABOO!!; Squad
Music Group; and DOES 1-10,

                Defendants.

---

Case No. 18-cv-8469 (JSR)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for UMG Recordings, Inc. (erroneously sued as Republic Records and as Universal Music Group), certifies that UMG Recordings, Inc. is an indirect subsidiary of Vivendi, S.A., a publicly traded French company. No other publicly traded company owns ten percent (10%) or more of UMG Recordings, Inc.'s stock.

Dated: New York, New York
       November 19, 2018

[Intentionally left blank]

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Peter Anderson*
 Peter J. Anderson (admitted *pro hac vice*)
 Marcia Paul
 Amanda Levine

1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax

*Attorneys for Defendants Abel Tesfaye, Jason Quenneville, The Weeknd XO, LLC, and UMG Recordings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the CM/ECF system on November 19, 2018 and will be sent electronically to all registered participants identified on the Notice of Electronic Filing.

*/s/ Peter Anderson*
Peter J. Anderson