UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
Yasmin Mohamed p/k/a Yasminah,

                Plaintiff,

      - against -

Abel Makkonen Tesfaye p/k/a
The Weeknd; Guillaume Emmanuel de Homem-
Christo and Thomas Bangalter p/k/a Daft Punk;
Martin McKinney p/k/a Doc; Henry Walter p/k/a
Cirkut; Jason Quenneville p/k/a DaHeala, XO
Records, LLC; Republic Records; Universal
Music Group; William Uschold p/k/a WILL U;
Tyrone Dangerfield p/k/a TABOO!!; Squad
Music Group; and DOES 1-10,

                Defendants.
------------------------------------------------------------- x

Case No. 18-cv-8469 (JSR)

Hon. Jed S. Rakoff

**ORAL ARGUMENT REQUESTED**

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Declaration of Peter J. Anderson dated November 19, 2018, Declaration of Abel Makkonen Tesfaye dated November 18, 2018, Declaration of Jason Quenneville dated November 18, 2018, and all exhibits annexed thereto, Defendants Abel Tesfaye, Jason Quenneville, The Weeknd XO, LLC (erroneously sued as XO Records, LLC), and UMG Recordings, Inc. (erroneously sued as Republic Records and Universal Music Group), by and through their undersigned counsel, will move this Court before the Honorable Jed S. Rakoff, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order granting a partial motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(3) and transfer to the Northern District of California pursuant to 28 U.S.C. § 1406(a) or dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Alternatively, Defendants Abel Tesfaye, Jason Quenneville, and The Weeknd XO, LLC move to

transfer this matter to the Northern or Central District of California pursuant to 28 U.S.C § 1404(a) or to dismiss pursuant to Fed. R. Civ. P. 12(b)(2).

Plaintiff's opposition papers must be submitted by December 7, 2018, and Defendants' reply papers must be submitted by December 14, 2018. Oral argument is schedule for December 19, 2018 at 3:30 p.m.

Dated: New York, New York
       November 19, 2018

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Peter Anderson

Peter Anderson
(admitted *pro hac vice*)
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Phone:   (213) 633-6800
Fax:     (213) 633-6899

Marcia Paul
Amanda Levine
1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
Phone:   (212) 489-8230
Fax:     (212) 489-8340

*Attorneys for Defendants Abel Makkonen Tesfaye, Jason Quenneville, The Weeknd XO, LLC, and UMG Recordings, Inc.*