# EXHIBIT 1

 Government of Canada / Gouvernement du Canada

# Federal Corporation Information - 417776-2

Buy copies of corporate documents

 **Note**

This information is available to the public in accordance with legislation (see Public disclosure of corporate information).

**Corporation Number**
417776-2

**Business Number (BN)**
883282907RC0001

**Corporate Name**
CP RECORDS INC.

**Status**
Inactive - Discontinued on 2013-11-05

**Governing Legislation**
*Canada Business Corporations Act* - 2003-07-14

## Registered Office Address

3341 BLOOR STREET WEST
SUITE 77
TORONTO ON M8X 1E9
Canada

 **Note**

> Active CBCA corporations are required to update this information within 15 days of any change. A corporation key is required. If you are not authorized to update this information, you can either contact the corporation or contact Corporations Canada. We will inform the corporation of its reporting obligations.

## Directors

**Minimum**   1

**Maximum**   10

Tony Wassim SALIBI
3888 DUKE OF YORK
SUITE GPH 20
MISSISSAUGA ON L5B 4P5
Canada

> 🛈 **Note**
>
> Active CBCA corporations are required to update director information (names, addresses, etc.) within 15 days of any change. A corporation key is required. If you are not authorized to update this information, you can either contact the corporation or contact Corporations Canada. We will inform the corporation of its reporting obligations.

## Annual Filings

**Anniversary Date (MM-DD)**
07-14

**Date of Last Annual Meeting**
2013-01-15

**Annual Filing Period (MM-DD)**
07-14 to 09-12

**Type of Corporation**
Non-distributing corporation with 50 or fewer shareholders

**Status of Annual Filings**
2013 - Filed
2012 - Filed
2011 - Filed

## Corporate History

**Corporate Name History**

| | |
|---|---|
| 2003-07-14 to 2006-11-08 | CAPITAL PROPHET RECORDS INC. |
| 2006-11-08 to Present | CP RECORDS INC. |

### Certificates and Filings

**Certificate of Incorporation**
2003-07-14

**Certificate of Amendment** [*]

2003-10-01
Amendment details: Other

**Certificate of Amendment** [*]

2006-11-08
Amendment details: Corporate name

**Certificate of Discontinuance**
2013-11-05
Importing jurisdiction: Ontario

[*] Amendment details are only available for amendments effected after 2010-03-20. Some certificates issued prior to 2000 may not be listed. For more information, contact Corporations Canada.

Buy copies of corporate documents

Start New Search    Return to Search Results

**Date Modified:**

2018-10-22