# EXHIBIT 5

**Alex Padilla**
**California Secretary of State**

# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 16, 2018. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201620410148    WEEKND XO LLC, THE

| | |
|---|---|
| **Registration Date:** | 07/15/2016 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **COGENCY GLOBAL INC. (C2003899)** <br> To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 16000 VENTURA BLVD STE 600 <br> ENCINO CA 91436 |
| **Entity Mailing Address:** | 16000 VENTURA BLVD STE 600 <br> ENCINO CA 91436 |
| **LLC Management** | * |

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of July.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 07/10/2018 | |
| SI-COMPLETE | 11/14/2017 | |
| REGISTRATION | 07/15/2016 | |

* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.

- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |