# EXHIBIT 6

| LLC-5 | Application to Register a Foreign Limited Liability Company (LLC) |
|---|---|

**2016 20410148**

To register in California an LLC from another state, country or other place, fill out this form, and submit for filing along with:
- A **$70** filing fee, and
- A certificate of good standing, issued within the last six (6) months by the agency where the LLC was formed.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form.

*Important!* LLCs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Registered LLCs cannot provide in California "professional services," as defined by California Corporations Code sections 13401(a) and 13401.3.

**FILED**
Secretary of State
State of California
**JUL 15 2016**

IPC

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm

**LLC Name to be used for this LLC in California**

① a. ___The Weeknd XO LLC___
   LLC Name    List the LLC name you use now (exactly as listed on your certificate of good standing)

b. _____
   Alternate Name    If the LLC name in Item 1a does not comply with California Corporations Code section 17701.08; list an alternate name to be used in California exactly as it is to appear on the records of the California Secretary of State. The alternate name must include: LLC, L.L.C., Limited Liability Company, Limited Liability Co., Ltd. Liability Co. or Ltd. Liability Company; and **may not** include: bank, trust, trustee, incorporated, inc., corporation, or corp., insurer, or insurance company. For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**LLC History**

② a. Date your LLC was formed (MM, DD, YYYY): ___07,11,2016___
   b. State, country or other place where your LLC was formed: ___Delaware___
   c. Your LLC currently has powers and privileges to conduct business in the state, country or other place listed above.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may not list an LLC as the agent. Do not list an address if the agent is a California registered corporate agent as the agent's address for service of process is already on file.)

③ a. ___National Corporate Research, Ltd.___
   Agent's Name

b. _____ CA _____
   Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box    City (no abbreviations)    State    Zip

If the agent listed above has resigned or cannot be found or served after reasonable attempts, the California Secretary of State will be appointed the agent for service of process for your LLC.

**LLC Addresses**

④ a. ___16000 Ventura Blvd., Ste. 600___    ___Encino___    ___CA___    ___91436___
   Street Address of Principal Executive Office - Do not list a P.O. Box    City (no abbreviations)    State    Zip

b. _____ CA _____
   Street Address of Principal Office in California, if any - Do not list a P.O. Box    City (no abbreviations)    State    Zip

c. _____
   Mailing Address of Principal Executive Office, if different from 4a or 4b    City (no abbreviations)    State    Zip

**Read and sign below:**
I am authorized to sign this document under the laws of the state, country or other place where this LLC was formed.

▶ _/s/_____    ___Abel Tesfaye___    ___Managing Member___
   Sign here    Print your name here    Your business title

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944228 Sacramento, CA 94244-2280 | Secretary of State 1500 11th Street., 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 17701.04, 17701.08, 17708.02; Revenue and Taxation Code § 17941
LLC-5 (REV 01/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be



# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "THE WEEKND XO LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FIFTEENTH DAY OF JULY, A.D. 2016.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "THE WEEKND XO LLC" WAS FORMED ON THE ELEVENTH DAY OF JULY, A.D. 2016.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL FRANCHISE TAXES HAVE BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

6092543  8300
SR# 20164936259

Authentication: 202667849
Date: 07-15-16

You may verify this certificate online at corp.delaware.gov/authver.shtml

2016 20410148