# EXHIBIT 8

| | | |
|---|---|---|
| **Secretary of State**<br>**Statement of No Change**<br>**(Limited Liability Company)** | **LLC-12NC** | **18-C34495**<br>**FILED**<br>In the office of the Secretary of State<br>of the State of California<br><br>JUL 10, 2018 |

**IMPORTANT** — **Read instructions** before completing this form. This form may be used only if a complete Statement of Information has been filed previously and there has been no change.

**Filing Fee** – $20.00

**Copy Fee** – $1.00;
Certification Fee - $5.00 plus copy fee

*This Space For Office Use Only*

1. **Limited Liability Company Name** (Enter the **exact** name of the LLC as it is recorded with the California Secretary of State. Note: If you registered in California using an alternate name, see instructions.)

   WEEKND XO LLC, THE

2. **12-Digit Secretary of State File Number**

   201620410148

3. **State, Foreign Country or Place of Organization** (only if formed outside of California)

   DELAWARE

4. **No Change Statement** (Do not alter the No Change Statement. If there has been any change, please complete a Statement of Information (Form LLC-12).)

   *There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

5. The information contained herein is true and correct.

   07/10/2018          GLENN FRANK                              CPA
   _____   _____   _____   _____
   Date               Type or Print Name of Person Completing the Form   Title                Signature

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document, enter the name of a person or company and the mailing address. This information will become public when filed. (SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip: