# EXHIBIT 10

# The State Bar *of California*

Select Language ▼

**Na'il Benjamin #240354**
**License Status: Active**
Address: Benjamin Law Group, P.C., 1290 B St, Ste 314, Hayward, CA 94541-2967
County: Alameda County
Phone Number: (510) 897-9967
Fax Number: (415) 349-3334
Email: nbenjamin@BenjaminLawGroup.com
Law School: UC Hastings COL; San Francisco CA

**Below you will find all changes of license status due to both non-disciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|------|----------------|------------|------------------------|
| Present | Active | | |
| 12/7/2005 | Admitted to The State Bar of California | | |

**CLA Sections:**                    None
California Lawyers Association (CLA) is an independent organization and is not part of The State Bar of California.

**Additional Information:**
- Explanation of licensee status
- Explanation of disciplinary system
- Explanation of disciplinary actions
- Copies of official licensee discipline records are available upon request

© 2018 The State Bar of California