# EXHIBIT 1

| | | | |
|---|---|---|---|
| 10/28/2016 | | Voodoo Festival | New Orleans, LA, USA |
| 11/25/2016 | | Scotiabank Arena | Toronto, ON, Canada |
| 12/30/2016 | | The Chelsea at The Cosmopolitan of Las Vegas | Las Vegas, NV, USA |
| 12/31/2016 | | The Cosmopolitan Hotel- Marquee Nightclub | Las Vegas, NV, USA |
| 2/17/2017 | | The Globe Arena | Stockholm-Globen, Sweden |
| 2/19/2017 | | Spektrum | Oslo, Norway |
| 2/20/2017 | | Royal Arena | Copenhagen, Denmark |
| 2/24/2017 | | Ziggo Dome | Amsterdam, Netherlands |
| 2/26/2017 | | Hallenstadion | Zurich, Switzerland |
| 2/28/2017 | | AccorHotels Arena | Paris, France |
| 3/2/2017 | | Lanxess Arena | Cologne, Germany |
| 3/3/2017 | | Sportpaleis | Antwerp, Belgium |
| 3/5/2017 | | Manchester Arena | Manchester, United Kingdom |
| 3/7/2017 | | O2 Arena | London, United Kingdom |
| 3/8/2017 | | O2 Arena | London, United Kingdom |
| 3/10/2017 | | SSE Hydro | Glasgow, Scotland |
| 3/11/2017 | | Metro Radio Arena | Newcastle, United Kingdom |
| 3/13/2017 | | Arena Birmingham | Birmingham, United Kingdom |
| 3/14/2017 | | Leeds Arena | Leeds, United Kingdom |
| 3/23/2017 | | Estereo Picnic | Bogotá, Colombia |
| 3/26/2017 | | Lollapalooza (Brazil) | Sao Paulo, SP, Brazil |
| 4/1/2017 | | Lollapalooza (Argentina) | Buenos Aires, Argentina |
| 4/2/2017 | | Lollapalooza (Chile) | Santiago, Chile |
| 4/25/2017 | | Rogers Arena | Vancouver, BC, Canada |
| 4/26/2017 | | KeyArena at Seattle Center | Seattle, WA, USA |
| 4/28/2017 | | SAP Center @ San Jose | San Jose, CA, USA |
| 4/29/2017 | 4/30/2017 | The Forum | Inglewood, CA, USA |
| 5/2/2017 | | Talking Stick Resort Arena | Phoenix, AZ, USA |
| 5/4/2017 | | American Airlines Center | Dallas, TX, USA |
| 5/6/2017 | | Toyota Center | Houston, TX, USA |
| 5/9/2017 | | Smoothie King Center | New Orleans, LA, USA |
| 5/11/2017 | | BB&T Center | Sunrise, FL, USA |
| 5/12/2017 | | Amalie Arena | Tampa, FL, USA |
| 5/13/2017 | | State Farm Arena | Atlanta, GA, USA |
| 5/17/2017 | | Spectrum Center | Charlotte, NC, USA |
| 5/18/2017 | | Capital One Arena | Washington, DC, USA |
| 5/19/2017 | | Boardwalk Hall | Atlantic City, NJ, USA |
| 5/23/2017 | | Allstate Arena | Rosemont, IL, USA |
| 5/24/2017 | | The Palace of Auburn Hills | Auburn Hills, MI, USA |
| 5/26/2017 | | Scotiabank Arena | Toronto, ON, Canada |
| 5/27/2017 | | Scotiabank Arena | Toronto, ON, Canada |

| | | | |
|---|---|---|---|
| 5/28/2017 | | Canadian Tire Centre | Ottawa, ON, Canada |
| 5/30/2017 | | Bell Centre | Montreal, QC, Canada |
| 6/2/2017 | | Mohegan Sun Arena | Uncasville, CT, USA |
| 6/3/2017 | | Nassau Veterans Memorial Coliseum | Uniondale, NY, USA |
| 6/4/2017 | | Prudential Center | Newark, NJ, USA |
| 6/6/2017 | 6/7/2017 | Barclays Center | Brooklyn, NY, USA |
| 6/9/2017 | | US Bank Arena | Cincinnati, OH, USA |
| 6/11/2017 | | Bonnaroo Music & Arts Festival | Manchester, TN, USA |
| 6/17/2017 | | Firefly Music Festival | Dover, DE, USA |
| 6/24/2017 | | Wireless Germany | Frankfurt, Germany |
| 6/28/2017 | | Roskilde Festival | Roskilde, Denmark |
| 6/30/2017 | | Open'er Festival | Gdynia, Poland |
| 7/1/2017 | | Blockfest (Helsinki) | Helsinki, Finland |
| 7/4/2017 | | Bergen Koengen | Bergen, Norway |
| 7/6/2017 | | Nos Alive | Lisbon, Portugal |
| 7/7/2017 | | Openair Frauenfeld | Frauenfeld, Switzerland |
| 7/9/2017 | | Wireless Festival | London, United Kingdom |
| 7/13/2017 | | Benicassim International Festival | Benicassim, Castellón, Spain |
| 7/15/2017 | | Longitude | Dublin, Ireland |
| 7/22/2017 | | Lollapalooza (Paris) | Paris, France |
| 8/6/2017 | | Osheaga Music and Arts Festival | Montreal, QC, Canada |
| 9/6/2017 | | Penn State University - Bryce Jordan Center | University Park, PA, USA |
| 9/9/2017 | | Scotiabank Arena | Toronto, ON, Canada |
| 9/12/2017 | | TD Garden | Boston, MA, USA |
| 9/15/2017 | | Capital One Arena | Washington, DC, USA |
| 9/16/2017 | | Wells Fargo Center | Philadelphia, PA, USA |
| 9/19/2017 | | Schottenstein Center | Columbus, OH, USA |
| 9/20/2017 | | Bankers Life Fieldhouse | Indianapolis, IN, USA |
| 9/24/2017 | | Xcel Energy Center | Saint Paul, MN, USA |
| 9/26/2017 | | Sprint Center | Kansas City, MO, USA |
| 9/27/2017 | | Pinnacle Bank Arena | Lincoln, NE, USA |
| 9/29/2017 | | Pepsi Center | Denver, CO, USA |
| 10/2/2017 | | Rogers Place | Edmonton, AB, Canada |
| 10/5/2017 | | Rogers Arena | Vancouver, BC, Canada |
| 10/6/2017 | | Moda Center | Portland, OR, USA |
| 10/8/2017 | | Oracle Arena | Oakland, CA, USA |
| 10/11/2017 | | Golden 1 Center | Sacramento, CA, USA |
| 10/13/2017 | | Honda Center | Anaheim, CA, USA |
| 10/14/2017 | | T-Mobile Arena | Las Vegas, NV, USA |
| 10/17/2017 | | Toyota Center | Houston, TX, USA |
| 10/19/2017 | | AT&T Center | San Antonio, TX, USA |

| | | | |
|---|---|---|---|
| 10/21/2017 | | BOK Center | Tulsa, OK, USA |
| 10/24/2017 | | AmericanAirlines Arena | Miami, FL, USA |
| 10/26/2017 | | Barclays Center | Brooklyn, NY, USA |
| 10/28/2017 | | Colonial Life Arena | Columbia, SC, USA |
| 10/29/2017 | | Bridgestone Arena | Nashville, TN, USA |
| 11/1/2017 | | Little Caesars Arena | Detroit, MI, USA |
| 11/2/2017 | | United Center | Chicago, IL, USA |
| 11/29/2017 | | Spark Arena | Auckland, New Zealand |
| 12/2/2017 | 12/3/2017 | Qudos Bank Arena | Sydney, NSW, Australia |
| 12/6/2017 | | Entertainment Centre | Brisbane, Australia |
| 12/8/2017 | 12/9/2017 | Rod Laver Arena | Melbourne, VIC, Australia |
| 12/11/2017 | | Entertainment Centre | Adelaide, SA, Australia |
| 12/14/2017 | | Perth Arena | Perth, WA, Australia |
| 4/13/2018 | 4/20/2018 | Coachella | Indio, CA, USA |
| 6/29/2018 | | Mawazine | Rabat, Morocco |
| 7/5/2018 | | Festival D'Ete International De Quebec - Quebec City International Summer Festival | Quebec City, QC, Canada |
| 7/7/2018 | | Summerfest | Milwaukee, WI, USA |
| 7/27/2018 | | Panorama Music and Arts Festival | New York, NY, USA |
| 8/4/2018 | | Lollapalooza (Chicago) | Chicago, IL, USA |
| 8/10/2018 | | Outside Lands | San Francisco, CA, USA |
| 9/8/2018 | | Lollapalooza (Berlin) | Berlin, Germany |
| 9/21/2018 | | Life is Beautiful Festival | Las Vegas, NV, USA |
| 9/29/2018 | | Global Citizen | New York, NY USA |
| 10/20/2018 | | Live Out Festival – Parque Fundidora | Monterrey, Mexico |
| 10/22/2018 | 10/23/2018 | Sports Palace | Mexico City, DF, Mexico |