EXHIBIT 1

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF NEW YORK

3

4

5    YASMINA MOHAMMED P/K/A              )
     SOMALIA,                            )
6                                        )
                     PLAINTIFF,          )
7                                        )
                                         )
8         vs.                            ) CASE NO. 1:18-CV-08469-JSR
                                         )
9                                        )
     ABEL MAKKONEN TESFAYE P/K/A         )
10   THE WEEKND; GUILLAUME EMMANUEL      )
     DE HOMEM-CHRISTO AND THOMAS         )
11   BANGALTER P/K/A DAFT PUNK;          )
     MARTIN MCKINNEY P/K/A DOC;          )
12   HENRY WALTER P/K/A CIRKUT;          )
     JASON QUENNEVILLE P/K/A             )
13   DAHEALA, XO RECORDS, LLC;           )
     REPUBLIC RECORDS; UNIVERSAL         )
14   MUSIC GROUP; WILLIAM USCHOLD        )
     P/K/A WILL U; TYRONE                )
15   DANGERFIELD P/K/A TABOO!!;          )
     SQUAD MUSIC GROUP; AND DOES         )
16   1-10,                               )
                                         )
17                   DEFENDANTS.         )
     _____)
18

19                   TELEPHONIC DEPOSITION OF

20          ABEL MAKKONEN TESFAYE P/K/A THE WEEKND

21              WEDNESDAY, NOVEMBER 28, 2018

22

23

24   REPORTED BY:
     TISHA C. OKUMA
25   CSR NO. 9774

1          MR. ANDERSON:  I think he just needs to

2    know -- I mean, the thing is, it's over a quarter-inch

3    thick, but --

4    **Q.**       BY MR. LOWE:  Well, let's go to the various

5    different pages.  They're Bates stamped pages.

6    **A.**       Okay.

7    **Q.**       And so let's first go to Bates stamped page

8    -44.

9          MR. ANDERSON:  Do you know what "Bates stamped

10   page" means?

11          THE WITNESS:  No.

12          MR. ANDERSON:  You see the bold numbers that

13   begin with "W"?  He's talking about that number.

14          THE WITNESS:  Oh.  So -44?

15          MR. ANDERSON:  Yes.

16   **Q.**       BY MR. LOWE:  So XO & Co., Inc., is that a

17   company that you owned?

18   **A.**       Yes, sir.

19   **Q.**       Okay.  And is that your signature?

20   **A.**       Yes.  It is.

21   **Q.**       All right.  Now, two pages before that,

22   Bates stamped -42, under the "Choice of Law" provision,

23   were you the one that requested New York law, or was

24   that Republic Records, or do you know?

25   **A.**       I don't know.

1    Records?

2    **A.**        An estimate, I have met him around the world

3    in London, Toronto, New York, Los Angeles.  If you want

4    to add it all up, I would estimate, maybe, six times,

5    seven times.

6    **Q.**        All right.  Of those six or seven times that

7    you've met him in person, how many of those times were

8    in New York?

9              MR. ANDERSON:  Within the last five years.

10             THE WITNESS:  Within the last five years,

11   every New York show, every major New York show, he has

12   shown up.  So I would estimate, maybe, four times

13   New York.

14   **Q.**        BY MR. LOWE:  All right.  And do you also

15   speak to him by phone regularly?

16             MR. ANDERSON:  Objection as to form.

17             THE WITNESS:  Sorry.  What was that?

18             MR. ANDERSON:  For me, for the record, I'm

19   just saying that I think there is a problem with the

20   form of the question --

21             THE WITNESS:  I can still answer?

22             MR. ANDERSON:  You can still answer.

23             THE WITNESS:  Can you repeat the question?

24   **Q.**        BY MR. LOWE:  Do you also speak to him by

25   phone regularly?

1   **A.**        Yes.  I do.

2   **Q.**        Is there anybody else at Republic Records that

3   you communicate with as much as you communicate with

4   Monte Lipman?

5   **A.**        As much, no.

6   **Q.**        All right.

7   **A.**        Sorry.  Can I repeat -- can I re-answer?

8              MR. ANDERSON:  Objection as to form.  You mean

9   as much or more, or just exactly the same amount?

10             MR. LOWE:  No.

11  **Q.**        BY MR. LOWE:  In other words, is he the main

12  person at -- well, let me rephrase that.  Strike that.

13             Do you communicate with Monte Lipman the most

14  frequently of anybody at Republic Records?

15  **A.**        No.

16  **Q.**        Okay.  Who do you communicate with more

17  frequently?

18  **A.**        Wendy Goldstein.

19  **Q.**        Anybody else?

20  **A.**        In around that ballpark, his brother,

21  Avery Lipman, but not really.  I would say Wendy,

22  Wendy Goldstein.

23  **Q.**        Okay.  What is her position?

24  **A.**        She's an A&R for Republic.

25  **Q.**        Okay.  And where is she located?

```
 1  A.          No.  I'm not the sole owner of it.

 2  Q.          Who else owns The Weeknd XO, Inc.?

 3              (Pause in the proceedings from 7:21 p.m. to

 4              7:22 p.m.)

 5  Q.          BY MR. LOWE:  So who else owns The Weeknd XO,

 6  Inc., besides you?

 7  A.          Yes.  So can I re-answer that question?

 8  Sorry.

 9  Q.          Yes.

10  A.          I got mixed up between XO, which is another

11  company I own, and The Weeknd XO, Inc.

12              Yes.  I'm the sole owner of The Weeknd XO,

13  Inc.

14  Q.          All right.  Now, is there also an entity

15  called "The Weeknd XO USA, Inc."?

16  A.          I don't -- I don't know.

17  Q.          All right.  And then you also signed

18  individually at the very bottom of Exhibit 7 as well,

19  correct?

20  A.          That's Exhibit 7?

21              MR. ANDERSON:  That's Exhibit 7.

22              THE WITNESS:  Yes.  I did.

23              (Plaintiff's Exhibit No. 7 was marked

24         for identification and is attached hereto.)

25  Q.          BY MR. LOWE:  All right.  Let's go on to
```

1   **Q.**      All right.  And is it your understanding,

2   based on the first page of this document, that

3   Universal Republic Records was located in New York in or

4   about March of 2016?

5            MR. ANDERSON:  Objection as to form.

6            THE WITNESS:  Repeat the question.  Sorry.

7            MR. LOWE:  Can the court reporter read it

8   back, please?

9            The court reporter's going to read it back.

10           (Record read by the reporter as follows:

11           "Q.  And is it your understanding, based

12           on the first page of this document, that

13           Universal Republic Records was located in

14           New York in or about March of 2016?")

15           THE WITNESS:  Yes.  It is.

16           MR. LOWE:  Okay.  All right.

17           (Plaintiff's Exhibit No. 11 was marked

18        for identification and is attached hereto.)

19   **Q.**      BY MR. LOWE:  Now, let's go to Exhibit 11.

20   And this is a document that was produced that appears to

21   reflect that you paid some taxes to New York; is that

22   correct?

23           MR. ANDERSON:  Objection as to form.

24           Don't you need to ask him if he's ever seen it

25   before?

1    **Q.**          BY MR. LOWE:  Let's go to Exhibit 12.

2          Have you had an opportunity to look at Exhibit

3    12 before now?

4    **A.**          No.  I'm looking at it right now.

5    **Q.**          Okay.  Well, Exhibit 12 is an article that

6    appeared in USA Today on or about November 17th, 2015,

7    and in the second paragraph, it says that, "The Weeknd

8    took a moment to reminisce on his 'long-term

9    relationship with New York,'" during your sold out show

10   at Madison Square Garden.

11          First of all, do you recall performing at

12   Madison Square Garden in New York City?

13   **A.**          Yes.  I do.

14   **Q.**          All right.  And how many times have you

15   performed at Madison Square Garden?

16   **A.**          I think twice.

17   **Q.**          All right.

18   **A.**          No.  I think four times.

19   **Q.**          Four times.  Got it.

20          And did you do two shows in 2015?

21   **A.**          I believe I did one show in Madison Square

22   Garden in 2015, and two shows at the Barclays in

23   Brooklyn.

24   **Q.**          Right.  But I'm not asking about Barclays yet.

25   I'm just asking about Madison Square Garden.

1   **Q.**        Okay.  And then I want you to go to page -98

2   and tell me if that's your signature again, Bates

3   stamped page -98?

4   **A.**        Yeah.  That's me.

5   **Q.**        Okay.  And you signed this in both places on

6   behalf of The Weeknd XO US, LLC, correct?

7   **A.**        Yes, sir.

8   **Q.**        All right.  And that's an entity that you're

9   the sole owner of?

10  **A.**        My signature?

11  **Q.**        No.

12            I'm asking if whether or not The Weeknd XO US,

13  LLC, is an entity that you own?

14  **A.**        Yeah.  Yes.  It is.

15  **Q.**        Okay.  Are you the sole owner of that entity?

16  **A.**        Yes.  I am.

17  **Q.**        All right.  Now, I also notice that on page

18  Bates stamp -93 --

19  **A.**        Yes.

20  **Q.**        -- it says that, according to this, "the only

21  person who will be taking occupancy of the apartment is

22  Abel Tesfaye who is the sole member of lessee."

23            Do you see that?

24  **A.**        Sorry.  Repeat that again.

25  **Q.**        If you look at paragraph 2 on Bates stamped

1    page -93 of this lease, it says that you are going to be

2    the sole occupant.

3              Do you see that?

4    **A.**      Yes.  I see that.

5    **Q.**      Okay.  I mean, it also says, at the bottom,

6    that you're permitted to have your girlfriend and

7    occasional guests, but you are identified as the sole

8    occupant, correct?

9    **A.**      Yes.

10             MR. ANDERSON:  Objection as to form.

11             THE WITNESS:  Yes, sir.

12   **Q.**      BY MR. LOWE:  Okay.  And you entered into this

13   lease in or about September of 2018, correct?

14             MR. ANDERSON:  Objection.  Mischaracterizes

15   the document.

16             THE WITNESS:  Well, I don't remember when I

17   signed it.  Sorry.

18   **Q.**      BY MR. LOWE:  Let me go --

19   **A.**      I read it wrong.  I read the date wrong.

20             Sorry.  Go ahead and ask your question again.

21   **Q.**      Okay.  So it says on the very first page of

22   this Bates stamped page -87, it says, "This lease is

23   made out as of September 2018."

24             Do you see that?

25   **A.**      Yes.  I saw that.

1         What page is it?

2             MR. ANDERSON:  First page of the exhibit.  And

3    look to the language he's talking about.

4             THE WITNESS:  Okay.  Cool.  Sorry about that.

5    **Q.**        BY MR. LOWE:  Okay.  So it is correct that you

6    entered into this lease in September of 2018, correct?

7             MR. ANDERSON:  Objection.  Calls for a legal

8    conclusion.

9             THE WITNESS:  I don't remember.

10   **Q.**        BY MR. LOWE:  All right.  Well, do you have

11   any reason to believe that that's not correct?

12   **A.**        No.  I just believe I might have signed it --

13   or I might have -- it could have been after.  I don't

14   remember.

15   **Q.**        It could have been after September of 2018?

16   **A.**        Yes.  It could have been October.  I remember

17   it was a gift for my girlfriend.  So her birthday was in

18   October, so that's when I remember.

19   **Q.**        Okay.  All right.  You were actually entitled

20   to occupancy on October 3rd, right?

21   **A.**        Yes, sir.

22   **Q.**        All right.  So in terms of when you signed it,

23   it appears, it says, it's made as of September 2018.

24            Do you have any reason to believe that you did

25   not enter into this lease in September of 2018?

```
1              MR. ANDERSON:  Objection as to form.

2              Why don't you just ask him if he knows when he

3     signed it?

4              MR. LOWE:  Well, he's already said he doesn't

5     know, so I'm asking whether or not he has any reason to

6     believe that the September 2018 date, in the first

7     paragraph, is incorrect.

8              THE WITNESS:  I have no idea when I signed it.

9     Q.       BY MR. LOWE:  All right.  Well, could it have

10    been earlier than September of 2018?

11    A.       No.

12    Q.       Okay.  So it had to be in September of 2018,

13    but you don't recall the date, or you think it could

14    have been on October 1st or on the 2nd?

15             MR. ANDERSON:  Objection.  He's already

16    testified to this.  I'm not sure why you're going over

17    it.

18             MR. LOWE:  All right.  Okay.

19    Q.       BY MR. LOWE:  Bottom line is, you don't know,

20    correct?

21    A.       Yeah.  I don't know.  Sorry.

22    Q.       No.  That's okay.

23             All right.  And there's articles that indicate

24    that you're living there with Bella Hadid.

25             Is that an accurate statement?
```

1          MR. ANDERSON:  Objection as to form.

2          What you just said or what the article said?

3          MR. LOWE:  What I just said.

4          THE WITNESS:  Sorry.  Can you rephrase the

5   question?

6   **Q.**      BY MR. LOWE:  Sure.  Is Miss Hadid, Bella

7   Hadid, living in that condo with you?

8   **A.**      Yes.  Her stuff is with me.  Her name is not

9   on the lease, but she is living with me.  Yes.

10  **Q.**      Okay.  And is it your understanding that she

11  is a resident of New York?

12  **A.**      Yes.

13  **Q.**      Okay.

14  **A.**      She lives in New York.  Yes.

15  **Q.**      All right.  And is it a 5,000 square foot

16  condominium?

17  **A.**      Is that what it says?  I have no idea.

18  **Q.**      Oh, okay.  Well that's what the article said.

19  **A.**      Oh, okay.  Maybe.  I have no idea.

20  **Q.**      All right.

21  **A.**      I can tell you it's three floors.

22  **Q.**      Three floors.  Got it.

23         In Tribeca?

24  **A.**      In Tribeca.  Yes.

25  **Q.**      All right.

1    it come about?

2    **A.**        I had originally written a song concept with

3    Quenneville.  Never used it.  And I ended up going to

4    Paris to meet up with Daft Punk while I was working on

5    Starboy.  This is all while making Starboy.

6             And I had created -- they created a drum

7    pattern, and we made the music and the composition.  And

8    I took some of the concepts idea, melody and lyrics from

9    the original song from Quenneville, and I put it on -- I

10   added it on to the Starboy record.

11   **Q.**        Okay.  So let me see if I understand this

12   correctly.

13   **A.**        Sure.

14   **Q.**        So you went to Paris, at some point, to work

15   on the Starboy song with Daft Punk, correct?

16   **A.**        Yes, sir.

17   **Q.**        And they --

18             MR. ANDERSON:  I think there's -- can I help

19   you, Steve?  Is it Steven?

20             MR. LOWE:  Well, I prefer not -- I prefer to

21   try to get this from the witness if at all possible.

22             MR. ANDERSON:  Okay.  Go ahead.

23   **Q.**        BY MR. LOWE:  All right.  So at the time that

24   you went to Paris to meet with Daft Punk, you had --

25   **A.**        Yes.

1   **Q.**        -- some preexisting idea for a song from

2   something that you had done with Quenneville, correct?

3   **A.**        Yes, sir.

4   **Q.**        And was that a song called "Ebony" or

5   something that he mentioned?

6   **A.**        It was called -- yeah.  It was a file was

7   called "Ebony."

8   **Q.**        File was called "Ebony."

9             And Mr. Quenneville testified, that idea ended

10  up becoming some portion, apparently, of the prechorus?

11  **A.**        Yes, sir.

12  **Q.**        Okay.  Now, Daft Punk, what they did is they

13  came up with, like, a drum pattern?

14  **A.**        Yes.  So they made the beat in front of me,

15  the rhythm, the drum pattern.  And then Thomas, who is

16  one member of Daft Punk, started playing piano chords

17  that I started singing over.

18            And I had written a song over it.  And I took

19  a piece of Ebony, and I puddled it into the prehook,

20  which then made -- automatically made Quenneville a part

21  of the song.

22  **Q.**        Okay.  So you basically created the melody?

23  **A.**        The melody, the lyrics, yes, and the idea.

24  **Q.**        Okay.  Did you create any of the -- were you

25  involved in producing, at all, the music?

1           Do you know how you came about that

2    understanding?

3    **A.**        Repeat that.  Sorry.

4    **Q.**        In the Declaration that you filed, in this

5    case, it says, "My understanding is that the Starboy

6    sound recording was mastered at a studio in New York."

7           Do you know how you came to that

8    understanding?

9    **A.**        No.  To be honest with you, my lawyers handled

10   it, and I didn't read the entire Declaration.

11   **Q.**        Okay.  All right.  Well, we'll go through that

12   a little bit more in a minute.

13   **A.**        Okay.

14           MR. LOWE:  So now let's turn to Exhibit 20.

15           (Plaintiff's Exhibit No. 20 was marked

16        for identification and is attached hereto.)

17   **Q.**        BY MR. LOWE:  And this is, again, an article,

18   and it seems to mention that you attended the Harper's

19   Bazaar Icons by Carine Roitfeld party at The Plaza Hotel

20   on September 8th, 2017, in New York City.

21           Is that accurate?

22   **A.**        That's my picture.  Yes.

23   **Q.**        Do you recall attending that function?

24   **A.**        Yes, sir.  Yes.  I do.

25   **Q.**        All right.  Are you also involved in promoting

1              (Plaintiff's Exhibit No. 21 was marked

2          for identification and is attached hereto.)

3    **Q.**        BY MR. LOWE:  Before we get to ==Exhibit 21==,

4    Mr. Quenneville testified that he was with you at a

5    performance at Radio City Music Hall.

6              Did you perform at Radio City Music Hall?

7    **A.**        Yes.  I have.

8    **Q.**        Do you recall when?  What year?

9    **A.**        2013.

10   **Q.**        All right.  Have you performed there since

11   2013?

12   **A.**        No.

13   **Q.**        Now, on ==Exhibit 21==, it makes reference to a

14   Victoria's Secret show?

15   **A.**        Uh-huh.

16   **Q.**        Do you recall attending a fashion event in

17   New York City for Victoria's Secret?

18   **A.**        Yes.  I do.

19   **Q.**        When was that?

20   **A.**        It was in November.  This month.

21   **Q.**        Oh.

22   **A.**        Right before I left to Asia.

23   **Q.**        Oh, got it.  Okay.

24              And then you also recall performing at

25   Central Park, correct?

1    A.        Yes, sir.

2    Q.        And was that in September of 2018?

3    A.        Yes, sir.

4              MR. LOWE:  All right.  Let's go to your

5    Declaration for a minute.  And that is Exhibit 3.

6              (Plaintiff's Exhibit No. 3 was marked

7         for identification and is attached hereto.)

8    Q.        BY MR. LOWE:  But let me go to page 4 of this.

9    So, first of all, it mentions your personal managers,

10   Tony Wassim Salibi and Amir Esmailian?

11   A.        Yes, sir.

12   Q.        Are those your personal managers?

13   A.        Yes.  They are.

14   Q.        All right.  Where are they located?

15   A.        They're located in Los Angeles.

16   Q.        Do you know if they also have offices in

17   California?

18             MR. ANDERSON:  Los Angeles is in California.

19             MR. LOWE:  I'm sorry.

20   Q.        BY MR. LOWE:  Do they also have offices in

21   New York?

22   A.        No.  They do not.

23   Q.        All right.  Now, were they present in the

24   recording studio when Starboy was recorded?

25   A.        No.  They were not.  They were present when I

1    Henry Walter?

2    **A.**        Those are the other co-writers that you see on

3    the song, on the splits.

4    **Q.**        Right.

5              And their contribution, if I recall correctly,

6    to the song was they came in to help kind of polish the

7    song and make it cohesive with the rest of the album?

8    **A.**        Yes.  Additional production.

9    **Q.**        All right.  Mr. McKinney and Mr. Walter, they

10   did not contribute any of the music or lyrics, did they?

11   **A.**        No.  They did not.

12   **Q.**        All right.  And why do you believe

13   Mr. McKinney resides in Toronto?

14   **A.**        I don't like to speak on his behalf, but I can

15   assume it's because of his children are in Toronto.

16   **Q.**        Okay.

17   **A.**        And they're teenagers, so he wants to be with

18   them.

19   **Q.**        So do you know where he lives?

20   **A.**        In Toronto.

21   **Q.**        All right.  And has he told you that?

22   **A.**        Not recently.

23   **Q.**        Okay.  And Henry Walter, where does he live;

24   do you know?

25   **A.**        He lives in Los Angeles.

1                    DEPONENT'S DECLARATION

2

3            I, ABEL TESFAYE, hereby declare:

4            I have read the foregoing deposition

5    transcript, I identify it as my own, and I have made any

6    corrections, additions, or deletions that I was desirous

7    of making in order to render the within transcript true

8    and correct.

9            I declare under penalty of perjury, under

10   the laws of the State of California, that the foregoing

11   is true and correct.

12

13   _____,  _____
                (Date)                    (City and State)
14

15

16                                _____
                                          (Signature)
17

18

19

20

21

22

23

24

25

```
 1   STATE OF CALIFORNIA    )
                            )    SS.
 2   COUNTY OF LOS ANGELES  )

 3

 4             I, Tisha C. Okuma, Certified Shorthand

 5   Reporter, Certificate No. 9774 in the State of

 6   California, duly empowered to administer oaths, do

 7   hereby certify:

 8             I am the deposition officer that

 9   stenographically recorded the testimony in the foregoing

10   deposition;

11             Prior to being examined, the deponent was by

12   me first duly sworn;

13             The foregoing transcript is a true record of

14   the testimony given;

15             I was relieved of my duty pursuant to Code

16   of Civil Procedure, Section 2025 (Q)(1), and therefore

17   any changes made by the deponent or whether or not the

18   deponent signed the transcript are not set forth.

19

20   Dated_____, Los Angeles, California.

21

22

23                        _____

24

25
```