# EXHIBIT 2



W000001

# TRACKLISTING

**STARBOY**
TRACK ONE / FEATURING DAFT PUNK

**PARTY MONSTER**
TRACK TWO

**FALSE ALARM**
TRACK THREE

**REMINDER**
TRACK FOUR

**ROCKIN'**
TRACK FIVE

**SECRETS**
TRACK SIX

**TRUE COLORS**
TRACK SEVEN

**STARGIRL INTERLUDE**
TRACK EIGHT / FEATURING LANA DEL REY

**SIDEWALKS**
TRACK NINE / FEATURING KENDRICK LAMAR

**SIX FEET UNDER**
TRACK TEN

**LOVE TO LAY**
TRACK ELEVEN

**A LONELY NIGHT**
TRACK TWELVE

**ATTENTION**
TRACK THIRTEEN

**ORDINARY LIFE**
TRACK FOURTEEN

**NOTHING WITHOUT YOU**
TRACK FIFTEEN

**ALL I KNOW**
TRACK SIXTEEN / FEATURING FUTURE

**DIE FOR YOU**
TRACK SEVENTEEN

**I FEEL IT COMING**
TRACK EIGHTEEN / FEATURING DAFT PUNK

EXECUTIVE PRODUCED BY / DOC MCKINNEY & ABEL "THE WEEKND" TESFAYE
MASTERED / BY TOM COYNE AT STERLING SOUND (NEW YORK)

ⓟ&© 2016 THE WEEKND XO, INC. / MANUFACTURED AND MARKETED BY REPUBLIC RECORDS / A DIVISION OF UMG RECORDINGS, INC.



W000002