# EXHIBIT 6

**Account:** Abel Tesfaye
**Writer:** Abel Tesfaye



## Writer Account Statement

For writer share of royalties collected in the period 07/01/2017 - 12/31/2017



PREVIOUS BALANCE
PAYMENT OF PREVIOUS BALANCE
    NET BALANCE FORWARD
MECHANICAL
PERFORMANCE
SYNCHRONIZATION
OTHER
    NET ROYALTIES
    ADVANCES
    ADJUSTMENTS
BALANCE