# EXHIBIT 8



## JENNIFER GOULD KEIL

REAL ESTATE   EXCLUSIVE   GIMME SHELTER

# The Weeknd and Bella Hadid rent $60K-per-month penthouse

By Jennifer Gould Keil

October 24, 2018 | 7:50pm | Updated



The Weeknd and Bella Hadid.
Larry Busacca/Getty Images

New York's "it" building for celebrities has just become even more star-studded.

The Weeknd, a k a Abel Tesfaye, and his girlfriend, model Bella Hadid are living it up in a penthouse at 443 Greenwich St. in Tribeca, Gimme Shelter can exclusively reveal.

The sprawling, 5,004-square-foot spread has a flexible four-bedroom layout, four full bathrooms, a powder room and private outdoor space. It was most recently asking a mighty $60,000 a month in rent.



443 Greenwich St.
Brian Zak/NY Post

The adorable couple, who got back together this summer, have been spotted all over town, from lunch dates to Broadway plays.

The Weeknd even threw a birthday bash for Hadid in the penthouse, which is also full of magazines for which she's the cover star.

Spies tell us that The Weeknd spared no expense when it came to throwing the party — and that it "was so loud and all over the place, including the lobby, so even their celebrity neighbors were pissed." Other famous 443 Greenwich buyers include Justin Timberlake and Jessica Biel, Meg Ryan and Rebel Wilson. Developer Nathan Berman, of Metro Loft, told The Post that Timberlake and Biel got a $7 million discount on his penthouse unit because "we want people like that in the building."

No comment, however, on the final cost of The Weekn and Hadid's rental. Originally a book bindery dating back to the 19th century, CetraRuddy-designed 443 Greenwich has amenities including a pool, a children's play room, a gym, a wine room and a 5,000-square-foot landscaped roof terrace.

The only thing missing is a stage and a runway.



Tal and Oren Alexander, and Jared Schwadron of Douglas Elliman had the listing.

FILED UNDER  **BELLA HADID, GIMME SHELTER, PENTHOUSES, THE WEEKND, TRIBECA**

Recommended by