EXHIBIT 9

| | | |
|---|---|---|
| 2017 | NY E-FILE PAYMENT RECORD - BALANCE DUE | PAGE 1 |

ABEL TESFAYE

**Form Payment Record**

THE TAXPAYER'S BALANCE DUE WILL BE PAID ELECTRONICALLY USING THE FOLLOWING INFORMATION. MODIFY THE BANK AND ACCOUNT INFORMATION USING THE NEW YORK ELECTRONIC PAYMENT INPUT FIELDS IN SCREEN 3.

Name of Bank: CITY NATIONAL BANK

Routing Transit Number: [redacted]

Bank Account Number: [redacted]

Type of Account: CHECKING

Amount of Tax Payment: 2,090.00

Tax Type: IT-203

Requested Payment Date: 10/14/18

Taxpayer's Daytime Phone Number: 818-385-1933

FDIL4001L 07/05/17

W000099