EXHIBIT 13

1               UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF NEW YORK

3

4   YASMIN MOHAMED p/k/a YASMINAH,    )
                                      )
5          Plaintiff,                 )
                                      )
6      vs.                            )   Case No.
                                      )
7   ABEL MAKKONEN TESFAYE p/k/a THE   )   1:18-cv-08469-JSR
    WEEKND; GUILLAUME EMMANUEL DE     )
8   HOMEM-CHRISTO and THOMAS BANGALTER)
    p/k/a DAFT PUNK; MARTIN MCKINNEY  )
9   p/k/a DOC; HENRY WALTER p/k/a     )
    CIRKUT; JASON QUENNEVILLE p/k/a   )
10  DAHEALA, XO RECORDS, LLC; REPUBLIC)
    RECORDS; UNIVERSAL MUSIC GROUP;   )
11  WILLIAM USCHOLD p/k/a WILL U;     )
    TYRONE DANGERFIELD p/k/a TABOO!!; )
12  SQUAD MUSIC GROUP; and DOES 1-10, )
                                      )
13         Defendants.                )
    _____   )

14

15

16         Deposition of JON PAYNE AS PERSON MOST

17         KNOWLEDGEABLE FOR THE WEEKEND XO, LLC, taken

18         on behalf of the Plaintiff, at 8383 Wilshire

19         Boulevard, Suite 1038, Beverly Hills,

20         California, commencing at 2:05 P.M. on

21         Monday, December 3, 2018, before SHANNA GRAY,

22         Certified Shorthand Reporter, Certificate No.

23         13690.

24

25

1    the testimony of The Weeknd XO, LLC.  That's just the

2    testimony of Mr. Payne.

3    BY MR. LEFAN:

4        **Q.**    And so is there any difference between The Weeknd

5    XO --

6            MR. LEFAN:  Was there a question pending before

7    Mr. Anderson...

8            THE COURT REPORTER:  Let me check.  No.

9    BY MR. LEFAN:

10       **Q.**    Okay.  Is there any difference between The Weeknd

11   XO, LLC and XO Records, LLC?

12       **A.**    Yes, there would be a difference.

13       **Q.**    Okay.

14       **A.**    Or there is a difference.

15       **Q.**    Please explain the difference between The

16   Weeknd XO, LLC and XO Records, LLC.

17       **A.**    Well, they are two separate legal entities.

18       **Q.**    What is the purpose of The Weeknd XO, LLC?

19       **A.**    The Weeknd XO, LLC was set up on or around --

20   sometime in 2016 because Abel qualified to be a U.S. tax

21   resident, okay.  And the entity was set up so that new

22   deals could be contracted through The Weeknd XO, LLC.

23       **Q.**    And what is XO Records, LLC?

24       **A.**    XO Records is a separate legal entity as I

25   mentioned.  And I think Weeknd XO Records is a joint

1    partnership, if you will, between Abel and I think Abel

2    has 51 percent interest in the entity, and there are some

3    others as well that have an interest in that entity.

4        **Q.**    And who are those others?

5        **A.**    I'm not sure who the other parties are.

6        **Q.**    Would you be able to supply that information

7    easily?

8        **A.**    I could ask, sure.

9        **Q.**    Okay.  And would you get me that information when

10   you have it?

11       **A.**    Yes.  I'll clarify that.

12       **Q.**    So regarding The Weeknd XO, LLC, you mentioned

13   that was formed in 2016.  Is that solely owned by

14   Mr. Tesfaye?

15       **A.**    Yes, it is.

16       **Q.**    And that was created mostly for tax purposes,

17   correct?

18            MR. ANDERSON:  Objection as to form.

19            THE WITNESS:  It was created because Abel was

20   considered a tax -- a U.S. tax resident.  And, thus, it

21   meant that he would contract through The Weeknd XO, LLC as

22   opposed to any other entity that he may own or control.

23   BY MR. LEFAN:

24       **Q.**    Is it sort of akin to a loan-out company?

25       **A.**    Correct.

1      **Q.**    And Stuart Prager is also in New York, the other

2    attorney for The Weeknd?

3      **A.**    I believe so, yes.

4      **Q.**    And is the Joe who we don't know the last name

5    to, are they also in New York?

6      **A.**    Yes, I believe so.

7      **Q.**    Have you ever dealt with any of The Weeknd's

8    attorneys that were not in New York?

9      **A.**    I believe The Weeknd had an attorney -- I think

10   the last name was Shalinger [sic] based in Canada early on

11   before he went to Grubman in New York.

12     **Q.**    Okay.  So now all of his -- all of his deals are

13   transacted in New York?

14         MR. ANDERSON:  Objection as to form.

15   Mischaracterizes the testimony.  It's also --

16         MR. LEFAN:  Peter, that would -- given the rules,

17   there's no need for any speaking objections.

18         THE WITNESS:  When you say transacted in

19   New York, can you be more specific with that description?

20         MR. LEFAN:  Can you read back the question.

21         (The record was read back by the reporter as

22         follows: "QUESTION:  So now all of his deals are

23         transacted in New York?")

24         MR. ANDERSON:  Same objection.

25         THE WITNESS:  All of his deals, as I understand

1    it, you know, are negotiated by attorneys at a law firm

2    based out of New York.

3    BY MR. LEFAN:

4        Q.    Let's go ahead and go to Exhibit 3 -- actually

5    I'm sorry.  Strike that.

6            Let's go to Exhibit 5.  Give everybody an

7    opportunity to grab Exhibit 5 as it's been previously

8    marked from Mr. Tesfaye and Mr. Quenneville's deposition.

9            Have you ever seen Exhibit 5 before, Mr. Payne?

10   And please take your time getting the exhibit and

11   reviewing it.

12       A.    I have seen this before.

13       Q.    And how had you come to see this document before?

14       A.    I believe I received it from either someone in my

15   firm or from Shalinsky when Abel Tesfaye came on board as

16   a client.

17       Q.    So this was already negotiated and this came with

18   the client, this document Exhibit 5; is that correct?

19       A.    Yes, correct.

20       Q.    And why did you come to review this document,

21   Exhibit 5, Mr. Payne?

22       A.    I oversee all of the royalty activity for our

23   clients, and this is a royalty-bearing agreement.

24       Q.    Okay.  And if you would please turn to -- the

25   original document, I believe, is page 45.  It's been

```
 1   BY MR. LEFAN:

 2      Q.   You don't know if The Weeknd XO, LLC has any

 3   contacts in New York; is that correct?

 4           MR. ANDERSON:  Objection as to form.  What do you

 5   mean by contacts?

 6           MR. LEFAN:  I'm -- I believe there's a question

 7   pending.

 8           THE WITNESS:  Yeah, I need clarity as to

 9   contacts.

10   BY MR. LEFAN:

11      Q.   Okay.  You don't know what contacts means; is

12   that your testimony?

13      A.   In this context, I would like to know what

14   contacts means.

15      Q.   Okay.  Let's turn to Exhibit 15, please.  Do you

16   have Exhibit 15, Mr. Payne?

17      A.   Not yet.  Trying to find it.

18      Q.   No rush, thank you.

19      A.   Okay.  I'm looking at Exhibit 15.

20      Q.   Thank you, Mr. Payne.  Turning your attention,

21   please, to the first page, not the cover page.  It's

22   Bates-stamped 87 in the bottom right corner.  Is this a

23   lease agreement between Courtney Management, LLC, 928

24   Broadway, New York, New York, and The Weeknd XO US, LLC?

25      A.   Yes, it is.
```

```
1    STATE OF CALIFORNIA      )
                              ) SS.
2    COUNTY OF LOS ANGELES    )

3              I, the undersigned, JON PAYNE, after solemnly

4    stating, under penalty of perjury, that the evidence given

5    in this issue or matter shall be the truth, the whole

6    truth, and nothing but the truth, say:

7              I have read the foregoing deposition and know

8    the contents thereof, and I certify the same is true of my

9    own knowledge, except as to those matters which are

10   therein stated upon my information and belief, and as to

11   those matters, I believe to be true.

12             I declare under penalty of perjury that the

13   foregoing is true and correct.

14

15             Executed on DECEMBER 6TH                , 20 18 ,

16   at LOS ANGELES                                         ,

17   California.

18

19

20

21                                    _____

22                                      JON PAYNE

23

24

25
```

```
 1              DEPOSITION ERRATA SHEET

 2
        Page No. _12_ Line No. _25_
 3
        Change: "WEEKND XO RECORDS" TO "XO RECORDS"
 4
        Reason for change: TRANSCRIPT ERROR OR MISPOKE
 5
        Page No. _23_ Line No. _10_
 6
        Change: "SHALINGER" TO "SHALINSKY"
 7
        Reason for change: MISPOKE
 8
        Page No. _25_ Line No. _16_
 9
        Change: REMOVE "UNIVERSAL MUSIC CANADA"
10
        Reason for change: MISPOKE
11
        Page No. _35_ Line No. _4_
12                "I DON'T KNOW" TO "I DON'T KNOW, HERE AND ELSEWHERE, I MEANT THAT
        Change: AFTER CHECKING IN PREPARATION FOR MY DEPOSITION THERE WAS NO INFORMATION
13               INDICATING THAT WHAT WAS ASKED WAS TRUE OR HAD OCCURRED"
        Reason for change: CLARIFICATION
14
        Page No. _____ Line No. _____
15
        Change: _____
16
        Reason for change: _____
17
        Page No. _____ Line No. _____
18
        Change: _____
19
        Reason for change: _____
20
        Page No. _____ Line No. _____
21
        Change: _____
22
        Reason for change: _____
23

24
        _____        12/06/18
25      JON PAYNE                         DATED
```

1   STATE OF CALIFORNIA      )
                             ) SS.
2   COUNTY OF LOS ANGELES    )

3

4          I, Shanna Gray, a Certified Shorthand Reporter,

5   in and for the State of California, do hereby certify:

6          That the witness named in the foregoing

7   deposition had, before the commencement of the deposition,

8   solemnly stated under penalty of perjury that the evidence

9   given in this issue or matter shall be the truth, the

10  whole truth, and nothing but the truth;

11         That said proceedings were taken down in

12  stenographic writing by me and thereafter reduced to a

13  transcript under my direction;

14         I further certify that the foregoing is a full,

15  true, and correct transcript of said proceedings.

16         I further certify that I am neither counsel for,

17  nor related to, any party to said action, nor in anywise

18  interested in the outcome thereof.

19         In witness whereof, I have hereunto subscribed my

20  name this 5th day of December, 2018.

21

22

23                      _____

24                      Shanna Gray, CSR No. 13690

25