# EXHIBIT 14



W000003