EXHIBIT 16

**1. Jones v. Broadcast Music Inc. et al**
September 17, 2018    |    NY U.S. Dist. Ct., South    |    1:18-CV-08448    |    Other Federal Statutes, Antitrust
|    Judge(s): Judge Jesse M. Furman

**2. Mohamed v. Republic Records, Inc. et al**
September 17, 2018    |    NY U.S. Dist. Ct., South    |    1:18-CV-08469    |    Intellectual Property, Copyright
|    Judge(s): Judge Jed S. Rakoff

**3. Jones v. Warner Brothers et al**
August 27, 2018    |    NY U.S. Dist. Ct., South    |    1:18-CV-07791    |    Civil Rights, Other Federal Civil Rights
|    Judge(s): Judge Colleen McMahon

**4. OYEWOLE V. ORA**
May 01, 2018    |    U.S. CT. OF APP., 2ND CIR.    |    18-1311    |    INTELLECTUAL PROPERTY, COPYRIGHT
|    Judge(s): ALISON J. NATHAN, U.S. DISTRICT JUDGE

**5. Zlozower v. Universal Music Group, Inc.**
April 29, 2018    |    NY U.S. Dist. Ct., South    |    1:18-CV-03800    |    Intellectual Property, Copyright    |    Judge(s):
Judge George B. Daniels

**6. GOMEZ, MICHAEL v. RUFF RYDERS PRODUCTIONS, INC., RUFF RYDERS, INC., KOBALT MUSIC PUBLISHING AMERICA, INC., WARNER/CHAPPELL MUSIC, INC., UNIVERSAL MUSIC GRO**
April 09, 2018    |    NY NEW YORK SUP. CT.    |    0153211/2018    |    CIVIL    |    Judge(s): PERRY, W. FRANC

**7. Emerson v. Universal Music Group, Inc.**
March 12, 2018    |    NY U.S. Dist. Ct., South    |    1:18-CV-02167    |    Intellectual Property, Copyright    |    Judge(s):
Judge George B. Daniels

**8. Viktor v. Lamar et al**
February 20, 2018    |    NY U.S. Dist. Ct., South    |    1:18-CV-01554    |    Intellectual Property, Copyright
|    Judge(s): Judge Paul A. Engelmayer

**9. Universal Polygram International Publishing, Inc. et al v. 93 Ludlow St. Inc. et al**
February 13, 2018    |    NY U.S. Dist. Ct., South    |    1:18-CV-01275    |    Intellectual Property, Copyright
|    Judge(s): Judge Vernon S. Broderick

**10. Carey et al v. Sheeran et al**
January 10, 2018  |  NY U.S. Dist. Ct., South  |  1:18-CV-00214  |  Intellectual Property, Copyright  |  Judge(s): Judge J. Paul Oetken

**11. Lastrada Entertainment Company, Ltd. v. Ronson et al**
September 12, 2017  |  NY U.S. Dist. Ct., South  |  1:17-CV-06937  |  Intellectual Property, Copyright  |  Judge(s): Judge Gregory H. Woods

**12. Upper v. Bravado International Group Merchandising Services Inc. et al**
September 04, 2017  |  NY U.S. Dist. Ct., South  |  1:17-CV-06715  |  Intellectual Property, Copyright  |  Judge(s): Judge Robert W. Sweet

**13. WALKER, JR. V. CARTER**
August 17, 2017  |  U.S. CT. OF APP., 2ND CIR.  |  17-2574  |  INTELLECTUAL PROPERTY, COPYRIGHT  |  Judge(s): ANDREW L. CARTER, U.S. DISTRICT JUDGE; RONALD L. ELLIS, U.S. MAGISTRATE JUDGE

**14. WALKER , JR. V. CARTER**
August 10, 2017  |  U.S. CT. OF APP., 2ND CIR.  |  17-2483  |  INTELLECTUAL PROPERTY, COPYRIGHT  |  Judge(s): ANDREW L. CARTER, U.S. DISTRICT JUDGE; RONALD L. ELLIS, U.S. MAGISTRATE JUDGE

**15. Hypefortype Ltd. v. Universal Music Group, Inc.**
July 28, 2017  |  NY U.S. Dist. Ct., East  |  1:17-CV-04468  |  Intellectual Property, Copyright  |  Judge(s): Judge Brian M. Cogan

**16. Rivers v. Morrison et al**
July 27, 2017  |  NY U.S. Dist. Ct., South  |  1:17-CV-05720  |  Intellectual Property, Trademark/Trade Name  |  Judge(s): Judge Richard J. Sullivan

**17. Philpot v. UMG Recordings, Inc.**
July 05, 2017  |  NY U.S. Dist. Ct., South  |  1:17-CV-05058  |  Intellectual Property, Copyright  |  Judge(s): Judge Analisa Torres

**18. WILSON V. PERRELL**
May 11, 2017  |  U.S. CT. OF APP., 2ND CIR.  |  17-1549  |  INTELLECTUAL PROPERTY, COPYRIGHT  |  Judge(s): PAUL A. ENGELMAYER, U.S. DISTRICT JUDGE

**19. Universal Polygram International Publishing, Inc. et al v. 621 Events, L.L.C. et al**

May 02, 2017    |    NY U.S. Dist. Ct., South    |    1:17-CV-03227    |    Intellectual Property, Copyright    |    Judge(s):
Judge Lewis A. Kaplan

**20. Rose v. Hewson et al**

February 27, 2017    |    NY U.S. Dist. Ct., South    |    1:17-CV-01471    |    Intellectual Property, Copyright
|    Judge(s): Judge Denise L. Cote

**21. BROWN, BARBARA ALLBUT v. F.G.G. PRODUCTIONS, INC., UNIVERSAL MUSIC GROUP, INC. AND UNIVERSAL MUSIC ENTERPRISES, INC.**

September 27, 2016    |    NY NEW YORK SUP. CT.    |    0654235/2016    |    CONTRACTS    |    Judge(s):
D'AUGUSTE, JAMES EDWARD; MANUEL J. MENDEZ

**22. Craig v. Universal Music Group, Inc. et al**

July 07, 2016    |    NY U.S. Dist. Ct., South    |    1:16-CV-05439    |    Intellectual Property, Copyright    |    Judge(s):
Judge J. Paul Oetken

**23. In Re: AOG Entertainment Inc**

April 28, 2016    |    NY U.S. Bankr. South    |    1:16-BK-11090    |    Bankruptcy, Chapter 11    |    Judge(s): Stuart M.
Bernstein

**24. Kramer v. Young Money Entertainment, LLC et al**

March 14, 2016    |    NY U.S. Dist. Ct., South    |    1:16-CV-01886    |    Contracts, Other Contract    |    Judge(s): Judge
Victor Marrero

**25. PK Music Performance, Inc. v. Timberlake et al**

February 17, 2016    |    NY U.S. Dist. Ct., South    |    1:16-CV-01215    |    Intellectual Property, Copyright
|    Judge(s): Judge Vernon S. Broderick

**26. HUTSON V. THE ESTATE OF CHRISTOPHER WALL**

January 21, 2016    |    U.S. CT. OF APP., 2ND CIR.    |    16-198    |    INTELLECTUAL PROPERTY, COPYRIGHT
|    Judge(s): RICHARD J. SULLIVAN, U.S. DISTRICT JUDGE

**27. Kosse v. Universal Music Group et al**

January 12, 2016    |    NY U.S. Dist. Ct., East    |    1:16-CV-00160    |    Intellectual Property, Copyright    |    Judge(s):
Judge Frederic Block

**28. Wilson v. Perrell et al.**
January 06, 2016 | NY U.S. Dist. Ct., South | 1:16-CV-00104 | Intellectual Property, Copyright | Judge(s): Judge Paul A. Engelmayer

**29. Scroggins v. Scroggins et al**
December 04, 2015 | NY U.S. Dist. Ct., South | 1:15-CV-09524 | Civil Rights, Other Federal Civil Rights | Judge(s): Judge Paul A. Engelmayer

**30. Louise Rams et al v. Def Jam Recordings Inc et al**
November 04, 2015 | NY U.S. Dist. Ct., South | 1:15-CV-08671 | Intellectual Property, Copyright | Judge(s): Judge George B. Daniels

**31. MCDONALD V. WEST**
October 30, 2015 | U.S. CT. OF APP., 2ND CIR. | 15-3489 | INTELLECTUAL PROPERTY, COPYRIGHT | Judge(s): ALISON J. NATHAN, U.S. DISTRICT JUDGE

**32. American Federation of Musicians & Employers' Pension Fund, et al v. Atlantic Recording Corporation et al**
August 10, 2015 | NY U.S. Dist. Ct., South | 1:15-CV-06267 | Labor & Employment, ERISA | Judge(s): Judge Gregory H. Woods

**33. Cipriani v. Kendrick Lamar Duckworth et al**
July 10, 2015 | NY U.S. Dist. Ct., East | 1:15-CV-04078 | Intellectual Property, Copyright | Judge(s): Judge Carol Bagley Amon

**34. WALL STREET ENTERTAINMENT, LLC V. BUVISION, LLC ET AL**
June 23, 2015 | U.S. CT. OF APP., 2ND CIR. | 15-2014 | INTELLECTUAL PROPERTY, COPYRIGHT | Judge(s): LEWIS A. KAPLAN, U.S. DISTRICT JUDGE

**35. ZUCCARINI, MELANIE, KIORA WHEELER AND ALL OTHERS SIMILARLY SITUATED v. PVH CORP. A/K/A PVH DELAWARE, TOMMY HILFIGER USA, INC. AND ANY OTHER RELATED ENTITIES**
May 18, 2015 | NY NEW YORK SUP. CT. | 0151755/2015 | CIVIL | Judge(s): D'AUGUSTE, JAMES EDWARD; CYNTHIA S. KERN

**36. Djerrahian v. Roberts et al**
May 15, 2015 | NY U.S. Dist. Ct., South | 1:15-CV-03788 | Intellectual Property, Copyright | Judge(s): Judge J. Paul Oetken

**37. BMG Rights Management (US), LLC v. Modular Recordings Pty Limited et al**
May 08, 2015 | NY U.S. Dist. Ct., South | 1:15-CV-03615 | Intellectual Property, Copyright |
Judge Edgardo Ramos

**38. STOKELY, III, WILLIAM E. AND ALL OTHER PERSONS SIMILARLY SITUATED v. UNIVERSAL MUSIC GROUP, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC PUBLISHING INC., UNIVERSAL MUSIC GROUP HOLDINGS, INC. D/B/A POLYGRAM H**
December 30, 2014 | NY NEW YORK SUP. CT. | 0160896/2014 | CIVIL | Judge(s): CYNTHIA S. KERN

**39. McDonald v. West et al**
November 04, 2014 | NY U.S. Dist. Ct., South | 1:14-CV-08794 | Intellectual Property, Copyright
| Judge(s): Judge Alison J. Nathan

**40. EDWARDS V. RAYMOND**
June 20, 2014 | U.S. CT. OF APP., 2ND CIR. | 14-2262 | INTELLECTUAL PROPERTY, COPYRIGHT
| Judge(s): DENISE COTE, U.S. DISTRICT JUDGE; HENRY B. PITMAN, U.S. MAGISTRATE JUDGE

**41. Stokely v. Universal Music Group, Inc.**
June 18, 2014 | NY U.S. Dist. Ct., South | 1:14-CV-04409 | Class Action | Judge(s): Judge William H.
Pauley, III

**42. Wallert v. Atlan et al**
June 06, 2014 | NY U.S. Dist. Ct., South | 1:14-CV-04099 | Intellectual Property, Copyright | Judge(s):
Judge Paul A. Engelmayer

**43. SPICER, RICKY v. ROC-A-FELLA RECORDS, INC., UNIVERSAL MUSIC GROUP, INC., ISLAND DEF JAM MUSIC GROUP, RHINO ENTERTAINMENT, CO. D/ B/A RHINO RECORDS & KANYE WEST**
May 14, 2014 | NY NEW YORK SUP. CT. | 0161761/2013 | TORTS/NEGLIGENCE | Judge(s): CAROL
R. EDMEAD

**44. Djerrahian v. Roberts, II et al**
May 06, 2014 | NY U.S. Dist. Ct., South | 1:14-CV-03291 | Intellectual Property, Copyright | Judge(s):
Judge J. Paul Oetken

**45. Kelley v. The Universal Music Group et al**
April 22, 2014 | NY U.S. Dist. Ct., South | 1:14-CV-02968 | Intellectual Property, Copyright | Judge(s):
Judge Paul A. Engelmayer

**46. Estate of James Oscar Smith et al v. Cash Money Records, Inc. et al**
April 16, 2014    |    NY U.S. Dist. Ct., South    |    1:14-CV-02703    |    Intellectual Property, Copyright    |    Judge(s):
Judge William H. Pauley, III

---

**47. Hutson et al v. The Estate of Christopher Wallace et al**
April 02, 2014    |    NY U.S. Dist. Ct., South    |    1:14-CV-02307    |    Intellectual Property, Copyright    |    Judge(s):
Judge Richard J. Sullivan

---

**48. HIP HOP GLOBAL MEDIA LLC v. UNIVERSAL MUSIC GROUP INC**
March 06, 2014    |    NY New York County Clerk Civil Index    |    650723/2014    |    CIVIL

---

**49. TufAmerica, Inc. v. Vivendi SA et al**
February 07, 2014    |    NY U.S. Dist. Ct., South    |    1:14-CV-00789    |    Intellectual Property, Copyright
|    Judge(s): Judge Louis L. Stanton

---

**50. SPICER RICKY v. ROC A FELLA RECORDS INC**
December 23, 2013    |    NY New York County Clerk Civil Index    |    161761/2013    |    CIVIL

---

**51. Edwards et al v. Raymond et al**
November 08, 2013    |    NY U.S. Dist. Ct., South    |    1:13-CV-07985    |    Intellectual Property, Copyright
|    Judge(s): Judge Denise L. Cote

---

**52. Distribuidora De Discos Karen C. por A. et al v. Universal Music Group, Inc. et al**
October 30, 2013    |    NY U.S. Dist. Ct., South    |    1:13-CV-07706    |    Intellectual Property, Copyright    |    Judge(s):
Judge J. Paul Oetken

---

**53. The Estate of Nina Simone v. HTC Corporation et al**
September 27, 2013    |    NY U.S. Dist. Ct., South    |    1:13-CV-06892    |    Labor & Employment, Labor/Management
Relations    |    Judge(s): Judge Alvin K. Hellerstein

---

**54. Salaam v. Universal Musical Group, Inc. et al**
August 20, 2013    |    NY U.S. Dist. Ct., South    |    1:13-CV-05822    |    Class Action    |    Judge(s): Judge J. Paul
Oetken

---

**55. Slip-N-Slide Records, Inc. v. The Island Def Jam Music Group**
June 27, 2013  |  NY U.S. Dist. Ct., South  |  1:13-CV-04450  |  Contracts, Other Contract  |  Judge(s): Judge Andrew L. Carter, Jr

**56. AMUSING DIVERSIONS, INC. v. UNIVERSAL MUSIC CORP. D/B/A UNIVERSAL MUSIC GROUP**
June 24, 2013  |  NY NEW YORK SUP. CT.  |  0155889/2013  |  CIVIL  |  Judge(s): MICHAEL D. STALLMAN; M. A. TINGLING

**57. MALMSTEEN V. UNIVERSAL MUSIC GROUP**
May 29, 2013  |  U.S. CT. OF APP., 2ND CIR.  |  13-2157  |  CONTRACTS, OTHER CONTRACT  |  Judge(s): PAUL A. ENGELMAYER, U.S. DISTRICT JUDGE

**58. Wall Street Entertainment, LLC v. BuVision, LLC et al**
February 25, 2013  |  NY U.S. Dist. Ct., South  |  1:13-CV-01265  |  Intellectual Property, Copyright  |  Judge(s): Judge Lewis A. Kaplan

**59. Walker, Jr v. Carter et al**
July 12, 2012  |  NY U.S. Dist. Ct., South  |  1:12-CV-05384  |  Intellectual Property, Copyright  |  Judge(s): Judge Andrew L. Carter, Jr

**60. WILLIAM J BASIE TESTAMENTARY v. UMG RECORDING INC**
May 04, 2012  |  NY New York County Clerk Civil Index  |  651518/2012  |  CIVIL

**61. SIMMONS V. STANBERRY ET AL**
April 25, 2012  |  U.S. CT. OF APP., 2ND CIR.  |  12-1665  |  INTELLECTUAL PROPERTY, COPYRIGHT  |  Judge(s): DORA L. IRIZARRY, U.S. DISTRICT JUDGE

**62. Morris et al v. UMG Recordings, Inc. et al**
March 09, 2012  |  NY U.S. Dist. Ct., South  |  1:12-CV-01743  |  Intellectual Property, Copyright  |  Judge(s): Judge Harold Baer

**63. Franklin et al v. DD172, LLC/BluRoc Records et al**
March 06, 2012  |  NY U.S. Dist. Ct., South  |  1:12-CV-01661  |  Intellectual Property, Trademark/Trade Name  |  Judge(s): Judge Andrew L. Carter, Jr

**64. Robinson et al v. Universal Music Group, Inc.**
February 16, 2012   |   NY U.S. Dist. Ct., South   |   1:12-CV-01226   |   Contracts, Other Contract   |   Judge(s): Judge Victor Marrero

**65. Saregama India Ltd. v. TIMOTHY MOSLEY, et al.,**
February 14, 2012   |   NY U.S. Dist. Ct., South   |   1:12-MC-00045   |   Civil   |   Judge(s): Judge Part One

**66. Capitol Records, LLC v. Redigi Inc.**
January 06, 2012   |   NY U.S. Dist. Ct., South   |   1:12-CV-00095   |   Intellectual Property, Copyright   |   Judge(s): Judge Richard J. Sullivan

**67. ROBINSON JOSEPH JR v. UNIVERSAL MUSIC GROUP INC**
December 29, 2011   |   NY New York County Clerk Civil Index   |   653648/2011   |   CIVIL

**68. Duncan v. Universal Music Group, Inc. et al**
November 18, 2011   |   NY U.S. Dist. Ct., East   |   1:11-CV-05654   |   Civil Rights, Other Federal Civil Rights   |   Judge(s): Judge Dora Lizette Irizarry

**69. TAYLOR V. UNIVERSAL MUSIC GROUP, INC.**
November 16, 2011   |   U.S. CT. OF APP., 2ND CIR.   |   11-4830   |   INTELLECTUAL PROPERTY, COPYRIGHT   |   Judge(s): MIRIAM GOLDMAN CEDARBAUM, U.S. DISTRICT JUDGE

**70. COLES, DENNIS v. UNIVERSAL MUSIC PUBLISHING, INC. AND UNIVERSAL MUSIC GROUP, INC.**
September 30, 2011   |   NY NEW YORK SUP. CT.   |   0652228/2011   |   CONTRACTS   |   Judge(s): SHIRLEY WERNER KORNREICH

**71. HARRIS, DERRICK R. v. UNIVERSAL MUSIC GROUP DIST. CORP.; UNIVERSAL MUSIC GROUP, INC.; RASEED HARRISON, THE GAME ENTERTAINMENT**
August 15, 2011   |   NY NEW YORK SUP. CT.   |   0107658/2011   |   CONTRACTS   |   Judge(s): ST. GEORGE, CARMEN VICTORIA; LUCY BILLINGS

**72. COLES DENNIS v. UNIVERSAL MUSIC PUBLISHING**
August 10, 2011   |   NY New York County Clerk Civil Index   |   652228/2011   |   CIVIL

## 73. Done Deal Enterprises, LLC v. Carter et al

July 29, 2011  |  NY U.S. Dist. Ct., South  |  1:11-CV-05336  |  Intellectual Property, Copyright  |  Judge(s): Judge John F. Keenan

## 74. HARRIS DERRICK R v. HARRISON RASHEED

June 30, 2011  |  NY New York County Clerk Civil Index  |  107658/2011  |  CIVIL

## 75. THE WILLIAM BASIETESTAMENTARY TRUST AS SUCCESSOR IN INTEREST TO WILLIAM "COUNT" BASIE; THE ESTATE OF SARAH VAUGHN; KEEP SEINGIN' INC. AS SUCESSOR IN INTEREST TO WOODY HERMAN; PATTI PAGE; KITTY KALLEN; JOHN MILLS O/B/O THE MILLS BROTHERS; THE CLAIRE AND

June 23, 2011  |  NY NEW YORK SUP. CT.  |  0600461/2008  |  CONTRACTS  |  Judge(s): SHIRLEY WERNER KORNREICH

## 76. Williams v. Iovine et al

June 23, 2011  |  NY U.S. Dist. Ct., South  |  1:11-CV-04467  |  Civil Rights, Other Federal Civil Rights  |  Judge(s): Judge Loretta A. Preska

## 77. BRAND V. RMM ET AL

June 03, 2011  |  U.S. CT. OF APP., 2ND CIR.  |  11-2269  |  CIVIL RIGHTS, OTHER FEDERAL CIVIL RIGHTS  |  Judge(s): ANDREW JAY PECK, U.S. MAGISTRATE JUDGE

## 78. PLACAS, INC., & ELLIANNA PLACAS, v. UNIVERSAL MUSIC GROUP, INC., D/B/A UNIVERSAL RECORDS, DA FAMILY MUSIC, INC., DA FAMILY RECORDS, LLC., & BLACKGROUND RECORDS, LLC.,

June 01, 2011  |  NY NEW YORK SUP. CT.  |  0102084/2009  |  CIVIL  |  Judge(s): SALIANN SCARPULLA

## 79. MCCONNELL KELVIN v. EMI BLACKWOOD MUSIC INC

April 20, 2011  |  NY New York County Clerk Civil Index  |  104745/2011  |  CONTRACTS

## 80. RANDOLPH ANTONIO v. EMI BLACKWOOD MUSIC INC

April 20, 2011  |  NY New York County Clerk Civil Index  |  104744/2011  |  CONTRACTS

## 81. OGILVY GROUP INC v. UNIVERSAL MUSIC GROUP INC

March 24, 2011  |  NY New York County Clerk Civil Index  |  650791/2011  |  CIVIL

## 82. THE OGILVY GROUP, INC. v. UNIVERSAL MUSIC GROUP, INC.

March 24, 2011 | NY NEW YORK SUP. CT. | 0650791/2011 | UNFAIR COMPETITION & BUSINESS PRACTICES | Judge(s): BERNARD J. FRIED

## 83. IN RE: BORDERS GROUP INC

February 16, 2011 | NY U.S. Bankr. South | 1:11-BK-10614 | Bankruptcy, Chapter 11 | Judge(s): MARTIN GLENN

## 84. Simmons v. Stanberry et al

December 14, 2010 | NY U.S. Dist. Ct., East | 1:10-CV-05815 | Intellectual Property, Copyright | Judge(s): Judge Dora Lizette Irizarry

## 85. Schwartz v. Def Jams Enterprises, LLC et al

December 13, 2010 | NY U.S. Dist. Ct., South | 1:10-CV-09275 | Torts/Negligence, Personal Property, Other Fraud | Judge(s): Judge Laura Taylor Swain

## 86. IN RE: BB LIQUIDATING INC

September 23, 2010 | NY U.S. Bankr. South | 1:10-BK-14997 | Bankruptcy, Chapter 7 | Judge(s): CECELIA G. MORRIS

## 87. WB Music Corp et al v. Crabby Joe's , Inc. et al

August 16, 2010 | NY U.S. Dist. Ct., East | 2:10-CV-03751 | Intellectual Property, Copyright | Judge(s): Senior Judge Denis R. Hurley

## 88. DOZIER-CARTER V. CARTER

August 11, 2010 | U.S. CT. OF APP., 2ND CIR. | 10-3233 | CIVIL RIGHTS, OTHER FEDERAL CIVIL RIGHTS | Judge(s): LORETTA A. PRESKA, U.S. DISTRICT JUDGE

## 89. Solomon v. Universal Music Group, Inc. et al

August 02, 2010 | NY U.S. Dist. Ct., South | 1:10-CV-05827 | Intellectual Property, Copyright | Judge(s): Judge Lewis A. Kaplan

## 90. Taylor et al v. Universal Music Group, Inc. et al

July 13, 2010 | NY U.S. Dist. Ct., South | 1:10-CV-05312 | Intellectual Property, Copyright | Judge(s): Judge Miriam Goldman Cedarbaum

## 91. Dozier-Carter v. Carter et al
June 17, 2010    |    NY U.S. Dist. Ct., South    |    1:10-CV-04725    |    Civil Rights, Other Federal Civil Rights
|    Judge(s): Judge Loretta A. Preska

## 92. Malmsteen et al v. Universal Music Group et al
May 12, 2010    |    NY U.S. Dist. Ct., South    |    1:10-CV-03955    |    Contracts, Other Contract    |    Judge(s): Judge
Paul A. Engelmayer

## 93. Brand v. RMM et al
January 14, 2010    |    NY U.S. Dist. Ct., South    |    1:10-CV-00287    |    Civil Rights, Other Federal Civil Rights
|    Judge(s): Magistrate Judge Andrew J. Peck

## 94. WB Music Corp. et al v. Bentley & Bentley, Inc. et al
December 16, 2009    |    NY U.S. Dist. Ct., North    |    1:09-CV-01398    |    Intellectual Property, Copyright
|    Judge(s): Senior Judge Lawrence E. Kahn

## 95. JACKLONE DEAN v. AMERICAN SOCIETY OF COMPOSERS
December 14, 2009    |    NY New York County Clerk Civil Index    |    117472/2009    |    CIVIL

## 96. JACKLONE DEAN v. UNIVERSAL MUSIC GROUP INC
December 14, 2009    |    NY New York County Clerk Civil Index    |    117471/2009    |    CIVIL

## 97. JACKLONE, DEANAND BUZIOS BRAZIL, INC. v. UNIVERSAL MUSIC GROUP, IN. AND SEVEN AURELIUS
December 14, 2009    |    NY NEW YORK SUP. CT.    |    0117471/2009    |    CIVIL    |    Judge(s): JOAN B. LOBIS

## 98. Capital Records, LLC et al v. Vimeo, LLC et al
December 10, 2009    |    NY U.S. Dist. Ct., South    |    1:09-CV-10101    |    Intellectual Property, Copyright
|    Judge(s): Judge Ronnie Abrams

## 99. Marasciullo v. Cash Money Records et al
October 30, 2009    |    NY U.S. Dist. Ct., South    |    1:09-CV-09090    |    Intellectual Property, Copyright    |    Judge(s):
Judge William H. Pauley, III

## 100. IN RE: THE READERS DIGEST ASSOCIATION INC
August 24, 2009    |    NY U.S. BANKR. SOUTH    |    7:09-BK-23529    |    BANKRUPTCY, CHAPTER 11    |    Judge(s):
JUDGE ROBERT D. DRAIN

**101. Danko Oldham et al v. Universal Music Group et al**
August 21, 2009   |   NY U.S. Dist. Ct., South   |   1:09-CV-07385   |   Intellectual Property, Copyright   |   Judge(s):
Judge Lawrence M. McKenna

**102. Vozzi v. Universal Music Group**
April 27, 2009   |   NY U.S. Dist. Ct., South   |   1:09-CV-04133   |   Civil Rights, Employment   |   Judge(s): Judge
Naomi Reice Buchwald

**103. UNIVERSAL MUSIC GROUP INC v. GUARDIAN SERVICE INDUSTRIES INC**
March 19, 2009   |   NY Kings County Clerk Civil Index   |   075261/2009   |   CIVIL

**104. PLACA INC v. UNIVERSAL MUSIC GROUP INC**
February 13, 2009   |   NY New York County Clerk Civil Index   |   102084/2009   |   CONTRACTS

**105. IN RE: DIGITAL MUSIC ANTITRUST LITIGATION V.**
November 20, 2008   |   U.S. CT. OF APP., 2ND CIR.   |   08-5637   |   OTHER FEDERAL STATUTES,
ANTITRUST   |   Judge(s): LORETTA A. PRESKA

**106. Get Jet Music, Inc. et al v. 1490 Restaurant Corp. et al**
October 27, 2008   |   NY U.S. Dist. Ct., South   |   1:08-CV-09175   |   Intellectual Property, Copyright   |   Judge(s):
Judge Harold Baer

**107. Universal-Polygram International Publishing, Inc. et al v. East 26th Street and
Park Avenue Realty, LLC et al**
October 27, 2008   |   NY U.S. Dist. Ct., South   |   1:08-CV-09176   |   Intellectual Property, Copyright   |   Judge(s):
Judge Colleen McMahon

**108. BARNES-JOSEPH,MAKEDA v. SMITH,REMY K. REMY K. SMITH P/K/A REMY
MA, REMY K. SMITH P/K/A REMY MARTIN, REMYNISCE MUSIC,INC.,POP 3 LLC D/
B/A PIZZA BAR, THE PIZZA BAR,INC.,**
October 06, 2008   |   NY BRONX SUP. CT.   |   0305176/2008   |   TORTS/NEGLIGENCE   |   Judge(s): BETTY
OWEN STINSON; LAURA G. DOUGLAS; ALISON Y. TUITT

**109. RASSO,JOSE& MARIE v. UNIVERSAL MUSIC GROUP INC**
August 27, 2008   |   NY KINGS SUP. CT.   |   0009698/2008   |   TORTS/NEGLIGENCE   |   Judge(s):
SETTLEMENT CONFERENCE PART; CENTRAL COMPLIANCE PART; WAYNE P. SAITTA

**110. UNIVERSAL MUSIC GROUP v. CONTRARIAN CAPITAL MGMT LLC**
August 15, 2008  |  NY New York County Clerk Civil Index  |  111195/2008  |  CIVIL

**111. REED, CYNTHIA AS M/N/G OF JAMES J. ROSEMOND, AND INFANT UNDER THE AGE OF 18 YRS. v. BERNARD, MARVIN A/K/A TONY YAYO, INDIV AND D/B/A G-UNIT, LOWELL FLETCHER, CURTIS JACKSON A/K/A 50 CENT, ET AL.**
August 11, 2008  |  NY NEW YORK SUP. CT.  |  0105092/2008  |  TORTS/NEGLIGENCE  |  Judge(s): SALIANN SCARPULLA; EDWARD H. LEHNER

**112. Zieg v. Burns et al**
July 30, 2008  |  NY U.S. Dist. Ct., South  |  1:08-CV-06820  |  Intellectual Property, Copyright  |  Judge(s): Judge Shira A. Scheindlin

**113. ABKCO Music, Inc. v. Carter et al**
July 24, 2008  |  NY U.S. Dist. Ct., South  |  1:08-CV-06573  |  Intellectual Property, Copyright  |  Judge(s): Judge Richard M. Berman

**114. Firrantello v. West et al**
May 22, 2008  |  NY U.S. Dist. Ct., South  |  1:08-CV-04785  |  Intellectual Property, Copyright  |  Judge(s): Judge Victor Marrero

**115. IMG ARTISTS, LLC, v. SEIPT, MANFRED JEFFREY D. VANDERVEEN, INTERNATIONAL ENTERTAINMENT CONSULTANCY SERVICES LTD., UNIVERSAL MUSIC GROUP & CHRISTOPHER ROBERTS,**
May 05, 2008  |  NY NEW YORK SUP. CT.  |  0600549/2008  |  CONTRACTS  |  Judge(s): CHARLES E. RAMOS

**116. Koninklijke Philips Electronics N.V. et al v. Entertainment Distribution Company (USA) LLC et al**
April 30, 2008  |  NY U.S. Dist. Ct., South  |  7:08-CV-04070  |  Intellectual Property, Patent  |  Judge(s): Judge Richard G. Stearns

**117. Koninklijke Philips Electronics N.V. et al v. The ADS Group et al**
April 30, 2008  |  NY U.S. Dist. Ct., South  |  7:08-CV-04068  |  Intellectual Property, Trademark/Trade Name  |  Judge(s): Judge Richard G. Stearns

**118. Koninklijke Philips Electronics, N.V. et al v. Optical Experts et al**
April 30, 2008  |  NY U.S. Dist. Ct., South  |  7:08-CV-04071  |  Intellectual Property, Patent  |  Judge(s): Judge Richard G. Stearns

**119. REED CYNTHIA v. BERNARD MARVIN**
April 09, 2008    |    NY New York County Clerk Civil Index    |    105092/2008    |    TORTS/NEGLIGENCE

**120. RASSO, JOSE A , ET ANO v. UNIVERSAL MUSIC GROUP INC, ET ANO**
March 25, 2008    |    NY Kings County Clerk Civil Index    |    009698/2008    |    CIVIL

**121. Duncan v. Universal Music Group et al**
March 14, 2008    |    NY U.S. Dist. Ct., South    |    1:08-CV-02762    |    Intellectual Property, Copyright    |    Judge(s): Judge William H. Pauley, III

**122. UMG Recordings, Inc. et al v. Griffin**
March 11, 2008    |    NY U.S. Dist. Ct., North    |    1:08-CV-00274    |    Intellectual Property, Copyright    |    Judge(s): Senior Judge Lawrence E. Kahn

**123. IMG ARTISTS LLC v. INTERNATIONAL ENTERTAINMENT**
February 25, 2008    |    NY New York County Clerk Civil Index    |    600549/2008    |    CONTRACTS

**124. IN RE: TEEVEE TOONS, INC**
February 19, 2008    |    NY U.S. BANKR. SOUTH    |    1:08-BK-10562    |    BANKRUPTCY, CHAPTER 7    |    Judge(s): JUDGE ALLAN L. GROPPER

**125. WILLIAM J BASIE TESTAMENT TRUS v. UMG RECORDINGS INC**
February 14, 2008    |    NY New York County Clerk Civil Index    |    600461/2008    |    CONTRACTS

**126. Arista Records LLC et al v. Does**
February 01, 2008    |    NY U.S. Dist. Ct., South    |    1:08-CV-01044    |    Intellectual Property, Copyright    |    Judge(s): Judge George B. Daniels

**127. Koninklijke Philips Electronics N.V. v. Cinram International Inc. et al**
January 18, 2008    |    NY U.S. Dist. Ct., South    |    7:08-CV-00515    |    Intellectual Property, Patent    |    Judge(s): Judge Richard G. Stearns

**128. Barnes-Joseph v. Smith et al**
December 21, 2007    |    NY U.S. Dist. Ct., South    |    1:07-CV-11464    |    Torts/Negligence, Libel/Defamation/ Slander    |    Judge(s): Judge Thomas P. Griesa

**129. Lessem et al v. Taylor et al**
November 27, 2007   |   NY U.S. Dist. Ct., South   |   1:07-CV-10601   |   Intellectual Property, Copyright
|   Judge(s): Judge Louis L. Stanton

---

**130. Loud Records LLC et al v. Does 1-30**
October 17, 2007   |   NY U.S. Dist. Ct., South   |   1:07-CV-09291   |   Intellectual Property, Copyright   |   Judge(s):
Judge John F. Keenan

---

**131. BMS ENTERTAINMENT/HEAT MUSIC L.L.C. V. BRIDGES**
October 05, 2007   |   U.S. CT. OF APP., 2ND CIR.   |   07-4340   |   CONTRACTS, OTHER CONTRACT
|   Judge(s): P. KEVIN CASTEL; DEBRA C. FREEMAN

---

**132. Priority Records LLC et al v. Does**
September 28, 2007   |   NY U.S. Dist. Ct., South   |   1:07-CV-08418   |   Intellectual Property, Copyright
|   Judge(s): Judge Paul A. Crotty

---

**133. Capitol Records, Inc. et al v. Greene**
September 18, 2007   |   NY U.S. Dist. Ct., North   |   5:07-CV-00969   |   Intellectual Property, Copyright
|   Judge(s): Judge Glenn T. Suddaby

---

**134. Capitol Records, Inc. et al v. Rodriguez**
September 18, 2007   |   NY U.S. Dist. Ct., South   |   1:07-CV-08147   |   Intellectual Property, Copyright
|   Judge(s): Judge Denise L. Cote

---

**135. Arista Records, LLC et al v. Does 1-30**
August 28, 2007   |   NY U.S. Dist. Ct., South   |   1:07-CV-07630   |   Intellectual Property, Copyright   |   Judge(s):
Judge Naomi Reice Buchwald

---

**136. Saregama India Ltd. v. Taylor et al**
August 27, 2007   |   NY U.S. Dist. Ct., South   |   1:07-CV-07601   |   Intellectual Property, Copyright   |   Judge(s):
Judge Victor Marrero

---

**137. Virgin Records America, Inc. et al v. Hunton**
August 07, 2007   |   NY U.S. Dist. Ct., South   |   1:07-CV-07038   |   Intellectual Property, Copyright   |   Judge(s):
Judge Laura Taylor Swain

---

**138. Gardner v. Ayala-Rodriguez et al**
July 12, 2007  |  NY U.S. Dist. Ct., South  |  1:07-CV-06535  |  Intellectual Property, Copyright  |  Judge(s):
Judge Richard J. Sullivan

**139. Atlantic Recording Corporation et al v. Jordan**
May 31, 2007  |  NY U.S. Dist. Ct., South  |  1:07-CV-04605  |  Intellectual Property, Copyright  |  Judge(s):
Judge Miriam Goldman Cedarbaum

**140. Ortiz v. Guitian Brothers Music Inc., et al**
May 18, 2007  |  NY U.S. Dist. Ct., South  |  1:07-CV-03897  |  Intellectual Property, Copyright  |  Judge(s):
Judge Robert W. Sweet

**141. UMG Recordings, Inc. et al v. Does**
May 02, 2007  |  NY U.S. Dist. Ct., South  |  1:07-CV-03492  |  Intellectual Property, Copyright  |  Judge(s):
Judge Richard J. Sullivan

**142. Maverick Recording Company et al v. Does 1-10**
April 18, 2007  |  NY U.S. Dist. Ct., South  |  1:07-CV-03100  |  Intellectual Property, Copyright  |  Judge(s):
Judge Paul A. Crotty

**143. Atlantic Recording Corporation et al v. Does 1-19**
March 29, 2007  |  NY U.S. Dist. Ct., South  |  1:07-CV-02588  |  Intellectual Property, Copyright  |  Judge(s):
Judge Gerard E. Lynch

**144. Universal Music Group Distribuiton Corp. v. Contrarian Capital Management**
March 21, 2007  |  NY U.S. Dist. Ct., South  |  1:07-CV-02342  |  Contracts, Other Contract  |  Judge(s): Judge
Charles S. Haight

**145. Atlantic Recording Corporation et al v. Belin**
February 13, 2007  |  NY U.S. Dist. Ct., South  |  1:07-CV-01093  |  Intellectual Property, Copyright
|  Judge(s): Judge Loretta A. Preska

**146. Warner Bros. Records, Inc. et al v. Walsh**
February 13, 2007  |  NY U.S. Dist. Ct., South  |  1:07-CV-01098  |  Intellectual Property, Copyright
|  Judge(s): Judge Loretta A. Preska

 © 2018 Thomson Reuters. No claim to original U.S. Government Works.

**147. Qur'an Goodman, Inc. et al v. Trackmasters Entertainment, Inc. et al**
February 08, 2007 | NY U.S. Dist. Ct., South | 1:07-CV-00933 | Contracts, Other Contract | Judge(s): Judge Deborah A. Batts

**148. Amamgbo v. Sony BMG Music Entertainment**
January 09, 2007 | NY U.S. Dist. Ct., South | 1:07-CV-00166 | Other Federal Statutes, Antitrust | Judge(s): Judge Loretta A. Preska

**149. Starr v. Sony BMG Music Entertainment**
January 09, 2007 | NY U.S. Dist. Ct., South | 1:07-CV-00167 | Unfair Competition & Business Practices, Antitrust | Judge(s): Judge Loretta A. Preska

**150. Tufamerica, Inc. v. Roc-A-Fella Records, Inc. et al**
December 22, 2006 | NY U.S. Dist. Ct., South | 1:06-CV-15388 | Intellectual Property, Copyright | Judge(s): Judge Kimba M. Wood

**151. Gurno v. Universal Music Group Inc.**
December 08, 2006 | NY U.S. Dist. Ct., South | 1:06-CV-14247 | Other Federal Statutes, Antitrust | Judge(s): Judge Loretta A. Preska

**152. Bridgeport Music Inc. et al v. The Island Def Jam Music Group et al**
November 03, 2006 | NY U.S. Dist. Ct., South | 1:06-CV-12917 | Intellectual Property, Copyright | Judge(s): Judge Alvin K. Hellerstein

**153. Scharer v. Universal Music Group, Inc.**
October 19, 2006 | NY U.S. Dist. Ct., South | 1:06-CV-09943 | Unfair Competition & Business Practices, Antitrust | Judge(s): Judge Loretta A. Preska

**154. Massey v. Sony BMG Music Entertainment**
October 16, 2006 | NY U.S. Dist. Ct., South | 1:06-CV-09425 | Unfair Competition & Business Practices, Antitrust | Judge(s): Judge Loretta A. Preska

**155. Bartel v. Sony BMG Music Entertainment**
September 26, 2006 | NY U.S. Dist. Ct., South | 1:06-CV-07705 | Other Federal Statutes, Antitrust | Judge(s): Judge Loretta A. Preska

**156. Benham v. Sony BMG Entertainment**
September 26, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-07703  |  Other Federal Statutes, Antitrust
|  Judge(s): Judge Loretta A. Preska

**157. Brass v. Sony BMG Music Entertainment**
September 26, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-07697  |  Other Federal Statutes, Antitrust
|  Judge(s): Judge Loretta A. Preska

**158. Chung v. EMI Groupk PLC.**
September 26, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-07708  |  Other Federal Statutes, Antitrust
|  Judge(s): Judge Loretta A. Preska

**159. Doolittle v. Universal Music Group, et al**
September 26, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-07704  |  Unfair Competition & Business Practices,
Antitrust  |  Judge(s): Judge Loretta A. Preska

**160. Henkels v. Sony BMG Music Entertainment**
September 26, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-07707  |  Other Federal Statutes, Antitrust
|  Judge(s): Judge Loretta A. Preska

**161. Landry v. Sony BMG Music Entertainment**
September 26, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-07709  |  Other Federal Statutes, Antitrust
|  Judge(s): Judge Loretta A. Preska

**162. McAllister v. Universal Music Group**
September 26, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-07706  |  Other Federal Statutes, Antitrust
|  Judge(s): Judge Loretta A. Preska

**163. Michaud v. Sony BMG Music Entertainment**
September 26, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-07702  |  Other Federal Statutes, Antitrust
|  Judge(s): Judge Loretta A. Preska

**164. Munn v. Sony BMG Music Entertainment**
September 26, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-07701  |  Other Federal Statutes, Antitrust
|  Judge(s): Judge Loretta A. Preska

WESTLAW    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

**165. Picinich v. Sony BMG Music Entertainment**
September 26, 2006   |   NY U.S. Dist. Ct., South   |   1:06-CV-07698   |   Other Federal Statutes, Antitrust
|   Judge(s): Judge Loretta A. Preska

**166. Sarraf v. Universal Music Group**
September 26, 2006   |   NY U.S. Dist. Ct., South   |   1:06-CV-07710   |   Other Federal Statutes, Antitrust
|   Judge(s): Judge Loretta A. Preska

**167. Spector v. Sony BMG Music Entertainment**
September 26, 2006   |   NY U.S. Dist. Ct., South   |   1:06-CV-07700   |   Other Federal Statutes, Antitrust
|   Judge(s): Judge Loretta A. Preska

**168. Warren v. Sony BMG Music Entertainment**
September 26, 2006   |   NY U.S. Dist. Ct., South   |   1:06-CV-07699   |   Unfair Competition & Business Practices,
Antitrust   |   Judge(s): Judge Loretta A. Preska

**169. Bulcao v. Sony BMG Music Entertainment**
August 18, 2006   |   NY U.S. Dist. Ct., South   |   1:06-CV-06283   |   Other Federal Statutes, Antitrust   |   Judge(s):
Judge Loretta A. Preska

**170. Feferman v. Universal Music Group, Inc.**
August 18, 2006   |   NY U.S. Dist. Ct., South   |   1:06-CV-06285   |   Class Action   |   Judge(s): Judge Loretta A.
Preska

**171. In Re: Digital Music Antitrust Litigation**
August 18, 2006   |   NY U.S. Dist. Ct., South   |   1:06-MD-01780   |   Unfair Competition & Business Practices,
Antitrust   |   Judge(s): Judge Loretta A. Preska

**172. Ruth v. Sony BMG Music Entertainment**
August 18, 2006   |   NY U.S. Dist. Ct., South   |   1:06-CV-06284   |   Other Federal Statutes, Antitrust   |   Judge(s):
Judge Loretta A. Preska

**173. Thornton v. Song BMG Music Entertainment**
August 18, 2006   |   NY U.S. Dist. Ct., South   |   1:06-CV-06282   |   Other Federal Statutes, Antitrust   |   Judge(s):
Judge Loretta A. Preska

WESTLAW   © 2018 Thomson Reuters. No claim to original U.S. Government Works.

---

**174. Williams v. Song BMG Music Entertainment**
August 18, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-06281  |  Unfair Competition & Business Practices,
Antitrust  |  Judge(s): Judge Loretta A. Preska

---

**175. Randall v. Sony BMG Music Entertainment et al**
July 25, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-05602  |  Unfair Competition & Business Practices,
Antitrust  |  Judge(s): Judge Loretta A. Preska

---

**176. BMS ENTERTAINMENT/HEAT MUSIC V. BRIDGES**
July 10, 2006  |  U.S. CT. OF APP., 2ND CIR.  |  06-3227  |  CIVIL RIGHTS, OTHER FEDERAL CIVIL
RIGHTS  |  Judge(s): P. KEVIN CASTEL; DEBRA C. FREEMAN

---

**177. GTFM, L.L.C. V. UNIVERSAL STUDIOS, INC.**
June 20, 2006  |  U.S. CT. OF APP., 2ND CIR.  |  06-2907  |  INTELLECTUAL PROPERTY, TRADEMARK/
TRADE NAME  |  Judge(s): RICHARD OWEN

---

**178. FIELDS, ANTHONYAND ANTHONY FIELDS D/B/A PENT ONE A/K/A PENT
ONEPUBLISHING, v. DEAD GAME MUSIC PUBLISHING,NC. N.S.ARTISTS,INC.
AND UNIVERSAL MUSIC GROUP,**
June 07, 2006  |  NY WESTCHESTER SUP. CT.  |  0008127/2003  |  CONTRACTS  |  Judge(s): ALAN D.
SCHEINKMAN; KENNETH W. RUDOLPH

---

**179. Devine v. Universal Music Group, Inc. et al**
June 02, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-04211  |  Unfair Competition & Business Practices,
Antitrust  |  Judge(s): Judge Loretta A. Preska

---

**180. Zedeker v. Bertelsmann, Inc. et al**
April 21, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-03086  |  Class Action  |  Judge(s): Judge Loretta A.
Preska

---

**181. Corkery v. Bertelsmann Inc. et al**
April 07, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-02732  |  Unfair Competition & Business Practices,
Antitrust  |  Judge(s): Judge Loretta A. Preska

---

**182. Candler v. Sony BMG Music Entertainment et al**
April 03, 2006  |  NY U.S. Dist. Ct., South  |  1:06-CV-02610  |  Class Action  |  Judge(s): Judge Loretta A.
Preska

---

### 183. Ewing et al v. Sony BMG Music Entertainment et al
March 24, 2006   |   NY U.S. Dist. Ct., South   |   1:06-CV-02355   |   Class Action   |   Judge(s): Judge Loretta A. Preska

### 184. Seley et al v. Paschkett et al
March 09, 2006   |   NY U.S. Dist. Ct., South   |   1:06-CV-01887   |   Class Action   |   Judge(s): Judge Loretta A. Preska

### 185. HARRIS V. WU-TANG PRODUCTIONS, INC.
February 03, 2006   |   U.S. CT. OF APP., 2ND CIR.   |   06-0564   |   INTELLECTUAL PROPERTY, COPYRIGHT   |   Judge(s): WILLIAM H. PAULEY

### 186. BMG Music et al v. Does 1-207
January 31, 2006   |   NY U.S. Dist. Ct., South   |   1:06-CV-00714   |   Intellectual Property, Copyright   |   Judge(s): Judge Loretta A. Preska

### 187. In Re: Musicland Holding Corp
January 12, 2006   |   NY U.S. Bankr. South   |   1:06-BK-10064   |   Bankruptcy, Chapter 11   |   Judge(s): Stuart M. Bernstein

### 188. DAVIS V. BLIGE
December 16, 2005   |   U.S. CT. OF APP., 2ND CIR.   |   05-6844   |   INTELLECTUAL PROPERTY, COPYRIGHT   |   Judge(s): CHARLES S. HAIGHT

### 189. Gordon v. Universal Music Group, Inc. et al
December 05, 2005   |   NY U.S. Dist. Ct., South   |   1:05-CV-10197   |   Intellectual Property, Copyright   |   Judge(s): Judge George B. Daniels

### 190. Jamie Music Publishing Co. et al v. Roc-A-Fella Records, LLC et al
November 23, 2005   |   NY U.S. Dist. Ct., South   |   1:05-CV-09922   |   Intellectual Property, Copyright   |   Judge(s): Judge Barbara S. Jones

### 191. Giles v. West et al
October 25, 2005   |   NY U.S. Dist. Ct., South   |   1:05-CV-09068   |   Intellectual Property, Copyright   |   Judge(s): Judge Victor Marrero

**192. Deer Creek Fund, LLC v. Markland Technologies, Inc. et al**
July 25, 2005 | NY U.S. Dist. Ct., South | 1:05-CV-06647 | Contracts, Other Contract | Judge(s): Judge Peter K. Leisure

**193. Bridgeport Music Inc. et al v. Universal Music Group, Inc. et al**
July 15, 2005 | NY U.S. Dist. Ct., South | 1:05-CV-06430 | Intellectual Property, Copyright | Judge(s): Judge Victor Marrero

**194. Harris v. Wu-Tang Productions, Inc. et al**
March 23, 2005 | NY U.S. Dist. Ct., South | 1:05-CV-03157 | Intellectual Property, Copyright | Judge(s): Judge William H. Pauley, III

**195. JAMES V. UNIVERSAL MOTOWN**
February 23, 2005 | U.S. CT. OF APP., 2ND CIR. | 05-0932 | INTELLECTUAL PROPERTY, COPYRIGHT | Judge(s): LEWIS A. KAPLAN; THEODORE H. KATZ

**196. JONES, DONALD K. v. UNIVERSAL MUSIC GROUP, INC.**
December 10, 2004 | NY NEW YORK SUP. CT. | 0106927/2004 | CIVIL | Judge(s): LOUIS B. YORK

**197. FRANK P. FOGERTY AND NATHAN CROW V. MGM GROUP HOLDINGS CORP., INC., DBA MGM UNIVERSAL MUSIC GROUP, INC., ET AL.**
November 04, 2004 | U.S. SUPREME CT. | 04-598 | APPEALS

**198. House of Fun Music, Inc. v. Geffen Records et al**
October 01, 2004 | NY U.S. Dist. Ct., South | 1:04-CV-07799 | Intellectual Property, Copyright | Judge(s): Judge Lewis A. Kaplan

**199. Scribble Ink Publishing, Inc. et al v. Cottrell et al**
July 19, 2004 | NY U.S. Dist. Ct., South | 1:04-CV-05562 | Intellectual Property, Copyright | Judge(s): Judge P. Kevin Castel

**200. Jayboy Music Corp. v. Universal Music Group, Inc. et al**
May 14, 2004 | NY U.S. Dist. Ct., South | 1:04-CV-03676 | Intellectual Property, Copyright | Judge(s): Judge John F. Keenan

**201. JONES DONALD v. UNIVERSAL MUSIC GROUP INC**
May 05, 2004 | NY New York County Clerk Civil Index | 106927/2004 | CIVIL

**202. BMS Entertainment/Heat Music L.L.C. v. Bridges et al**
April 05, 2004  |  NY U.S. Dist. Ct., South  |  1:04-CV-02584  |  Contracts, Other Contract  |  Judge(s): Judge
P. Kevin Castel

**203. Kroger v. Universal Music Group Inc.**
March 15, 2004  |  NY U.S. Dist. Ct., South  |  1:04-CV-02015  |  Civil Rights, Employment  |  Judge(s): Chief
Judge Michael B. Mukasey

**204. ROSSI, THERESSA v. GIACO, JOE, GIACO ENTERTAINMENT INC., DEF JAM RECORDS INC.; UNIVERSAL MUSIC GROUP, INC., KEVIN LILES, AND MIGNON ESPY**
February 26, 2004  |  NY NEW YORK SUP. CT.  |  0600193/2004  |  CIVIL  |  Judge(s): BERNARD J. FRIED;
J. W. SILBERMANN; LANCELOT B. HEWITT

**205. MAIFELD,STUART v. BROADWAY & 56TH STREETASSOCIATES,1755 BROADWAY CORP.,INDV. & AS GENERAL PARTNER OF BROADWAY & 56TH STREET ASSOCIATES TOWER SYMPHONY,L.P.,INDV. & AS GENERAL PARTNER OF BROADWAY & 56TH STREET ASSOCIATES,JACK RESNICK**
January 30, 2004  |  NY BRONX SUP. CT.  |  0013003/2003  |  TORTS/NEGLIGENCE  |  Judge(s): STANLEY
GREEN; NELSON S. ROMAN; PEGGY BERNHEIM; ALISON Y. TUITT; YVONNE GONZALEZ

**206. ROSSI THERESSA v. GIACO JOE**
January 26, 2004  |  NY New York County Clerk Civil Index  |  600193/2004  |  CONTRACTS

**207. DORSEY CHRISTOPHER v. UNIVERSAL MUSIC GROUP**
December 19, 2003  |  NY New York County Clerk Civil Index  |  121737/2003  |  TORTS/NEGLIGENCE

**208. Colon v. Carianne Music, Inc. et al**
December 02, 2003  |  NY U.S. Dist. Ct., South  |  1:03-CV-09554  |  Intellectual Property, Copyright
|  Judge(s): Judge Shira A. Scheindlin

**209. OVERTURE MUSIC LLC v. UNIVERSAL MUSIC GROUP**
November 12, 2003  |  NY New York County Clerk Civil Index  |  119500/2003  |  CIVIL

**210. Marsh v. Vivendi Universal, et al**
November 03, 2003  |  NY U.S. Dist. Ct., South  |  1:03-CV-08681  |  Intellectual Property, Copyright
|  Judge(s): Judge Loretta A. Preska

**211.** **BRITTO AGENCY INC v. UNIVERSAL MUSIC GROUP INC**
September 26, 2003   |   NY New York County Clerk Civil Index   |   116964/2003   |   CONTRACTS

**212.** **Loussier v. Univ. Mus. Grp., et al**
August 20, 2003   |   NY U.S. Dist. Ct., South   |   1:03-CV-06272   |   Intellectual Property, Copyright   |   Judge(s):
Judge Kimba M. Wood

**213.** **James, et al v. Universal Motown, et al**
June 20, 2003   |   NY U.S. Dist. Ct., South   |   1:03-CV-04487   |   Intellectual Property, Copyright   |   Judge(s):
Judge Lewis A. Kaplan

**214.** **ARTISTS RIGHTS ENFORCEMENT v. UNIVERSAL MUSIC GROUP INC**
March 28, 2003   |   NY New York County Clerk Civil Index   |   105829/2003   |   CONTRACTS

**215.** **QUALITY HOUSE OF GRAPHICS INC v. IMAGELINK GRAPHICS INC**
March 17, 2003   |   NY New York County Clerk Civil Index   |   600832/2003   |   CONTRACTS

**216.** **Davis, et al v. Blige, et al**
February 13, 2003   |   NY U.S. Dist. Ct., South   |   1:03-CV-00993   |   Intellectual Property, Copyright
|   Judge(s): Judge Barbara S. Jones

**217.** **BRIDGFORTH WALTER B JR v. UNIVERSAL MUSIC GROUP**
November 19, 2002   |   NY New York County Clerk Civil Index   |   124765/2002   |   CIVIL

**218.** **MCA RECORDS INC v. FINE JAKE**
October 04, 2002   |   NY New York County Clerk Civil Index   |   121931/2002   |   CIVIL

**219.** **SILVESTER, TONY LESTER CHAMBERA, CARL GARDNER, BILL PINKEY, IND. & ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. TIME WARNER, INC., UNIVERSAL MUSIC GROUP, INC., SONY MUSIC ENTERTAINMENT, INC., AND BMG ENTERTAINMENT, INC.,**
October 03, 2002   |   NY NEW YORK SUP. CT.   |   0602830/2002   |   CONTRACTS   |   Judge(s): H. E.
FREEDMAN

**220. Downloadcard, Inc. v. Universal Music**
September 25, 2002    |    NY U.S. Dist. Ct., South    |    1:02-CV-07710    |    Intellectual Property, Trademark/Trade Name    |    Judge(s): Judge Charles S. Haight

**221. MCA RECORDS INC v. FINE JAKE**
September 16, 2002    |    NY New York County Clerk Civil Index    |    120391/2002    |    CIVIL

**222. Caragol et al v. Jackson et al**
August 07, 2002    |    NY U.S. Dist. Ct., East    |    2:02-CV-04391    |    Intellectual Property, Copyright    |    Judge(s): Senior-Judge Thomas C. Platt

**223. SILVESTER TONY v. TIME WARNER INC**
August 01, 2002    |    NY New York County Clerk Civil Index    |    602830/2002    |    BUSINESS ORGANIZATIONS

**224. RIOS AUGUSTINE JR v. UNIVERSAL MUSIC GROUP**
May 23, 2002    |    NY New York County Clerk Civil Index    |    110815/2002    |    CONTRACTS

**225. Loussier v. UMG Recordings, Inc., et al**
March 28, 2002    |    NY U.S. Dist. Ct., South    |    1:02-CV-02447    |    Intellectual Property, Copyright    |    Judge(s): Judge Kimba M. Wood

**226. GTFM, L.L.C., et al v. Universal Studios, et al**
January 22, 2002    |    NY U.S. Dist. Ct., South    |    1:02-CV-00506    |    Intellectual Property, Trademark/Trade Name    |    Judge(s): Judge Richard Owen

**227. NOISE IN THE ATTIC PRODUCTIONS, INC., v. LONDON RECORDS, A NEW YORK GENERAL PARTNERSHIP, POLYGRAM RECORDS, INC., AND UNIVERSAL MUSIC GROUP, INC., =DEFTS= UMG RECORDINGS, INC., =3RD PTY PLTFF= CHERYL JAMES AND SANDRA DENTON, P/K/A SALT N' PEPA =3RD**
December 28, 2001    |    NY NEW YORK SUP. CT.    |    0603571/2001    |    CONTRACTS    |    Judge(s): RICHARD B. LOWE III; TEST-JUDGE

**228. ESTATE WILLIAM GORDON v. UNIVERSAL MUSIC GROUP INC**
December 27, 2001    |    NY New York County Clerk Civil Index    |    606099/2001    |    CONTRACTS

**229. Artis v. Epic Records, Inc., et al**
September 26, 2001 | NY U.S. Dist. Ct., South | 1:01-CV-08702 | Intellectual Property, Copyright | Judge(s): Judge Barbara S. Jones

**230. Industrial Strength v. Earache Records, et al**
August 08, 2001 | NY U.S. Dist. Ct., South | 1:01-CV-07325 | Intellectual Property, Copyright | Judge(s): Judge John E. Sprizzo

**231. NOISE IN THE ATTIC PRODUCTIONS v. LONDON RECORDS**
July 18, 2001 | NY New York County Clerk Civil Index | 603571/2001 | CONTRACTS

**232. RONDEAU, GISCARD, SHAHEED PHILLIPS, PETER POTTINGER v. THE HIT FACTORY, INC., THE HIT FACTORY ENTERTAINMENT, INC., THE HIT FACTORY BROADWAY, INC., THE HIT FACTORY MASTERING, INC., ISLAND DEF JAM MUSIC GROUP, DEF JAM RECORDS, INC., UNIVERSAL MUSIC GROUP,**
July 16, 2001 | NY NEW YORK SUP. CT. | 0105839/2001 | TORTS/NEGLIGENCE | Judge(s): PAULA J. OMANSKY

**233. RA HOP, LLC IN MATTER OF APPLICATION OF RA HOP LLC A LIMITED LIABILITY COMPANY ORGANIZED UNDER THE LAWS OF DELAWARE TO EXAMINE PETER KOEPKE AND THE CUSTODIAN OF RECORDS OF LEIBOWITZ ROBERTS & RITHOLZ LLP UNDER A SUBPOENA IN THE ACTION ENTITLED RA HOP**
July 11, 2001 | NY NEW YORK SUP. CT. | 0110902/2001 | CIVIL | Judge(s): JANE SOLOMON

**234. TEEVEE TOONS INC v. VAGRANT RECORDS INC**
July 09, 2001 | NY New York County Clerk Civil Index | 603401/2001 | CONTRACTS

**235. TEEVEE TOONS, INC v. VAGRANT RECORDS, INC., VAGRANT RECORDS, RICHARD A. EGAN, JCOR RECORDS, LLC., JCOR ENT, LLC., JAY FAIRES, & UNIVERSAL MUSIC GROUP, INC.**
July 09, 2001 | NY NEW YORK SUP. CT. | 0603401/2001 | CIVIL | Judge(s): HERMAN CAHN

**236. WESLEY FRED v. UNIVERSAL MUSIC GROUP INC**
June 07, 2001 | NY New York County Clerk Civil Index | 602868/2001 | CONTRACTS

**237. USA v. Hall, III**
May 01, 2001 | NY U.S. Dist. Ct., East | 1:01-CR-00457 | Criminal | Judge(s): Judge Jack B. Weinstein

**238. RONDEAU GISCARD v. HIT FACTORY INC**
March 23, 2001    |    NY New York County Clerk Civil Index    |    105839/2001    |    TORTS/NEGLIGENCE

**239. Jackson v. Motown Records Co., et al**
March 13, 2001    |    NY U.S. Dist. Ct., South    |    1:01-CV-02136    |    Real Property, All Other Federal Actions
|    Judge(s): Judge Naomi Reice Buchwald

**240. KOGER, FREDERICK S. v. UNIVERSAL MUSIC GROUP**
March 01, 2001    |    NY NEW YORK SUP. CT.    |    0124786/2000    |    CIVIL    |    Judge(s): ALICE SCHLESINGER

**241. JACKSON YUKOS v. MOTOWN RECORD COMPANY L P**
February 09, 2001    |    NY New York County Clerk Civil Index    |    600700/2001    |    CONTRACTS

**242. Outta Control v. Universal Music, et al**
January 19, 2001    |    NY U.S. Dist. Ct., South    |    1:01-CV-00448    |    Contracts, Other Contract    |    Judge(s):
Judge Shira A. Scheindlin

**243. CHAMBERS, ET AL V. TIME WARNER, INC., ET AL**
January 05, 2001    |    U.S. CT. OF APP., 2ND CIR.    |    01-7010    |    INTELLECTUAL PROPERTY, COPYRIGHT
|    Judge(s): JED S. RAKOFF

**244. OUTTA CONTROL RECORDS v. ISLAND DEF JAM MUSIC GROUP
UNIVERSAL MUSIC GROUP**
December 15, 2000    |    NY NEW YORK SUP. CT.    |    0605265/2000    |    CONTRACTS    |    Judge(s): IRA
GAMMERMAN

**245. KOGER FREDERICK S v. UNIVERSAL MUSIC GROUP**
December 11, 2000    |    NY New York County Clerk Civil Index    |    124786/2000    |    BUSINESS
ORGANIZATIONS

**246. OUTTA CONTROL RECORDS v. UNIVERSAL MUSIC GROUP**
December 04, 2000    |    NY New York County Clerk Civil Index    |    605265/2000    |    CONTRACTS

**247. IN RE: RMM RECORDS AND VIDEO CORP**
November 14, 2000    |    NY U.S. BANKR. SOUTH    |    1:00-BK-15350    |    BANKRUPTCY, CHAPTER 11
|    Judge(s): ARTHUR J. GONZALEZ

 © 2018 Thomson Reuters. No claim to original U.S. Government Works.

**248. State of Florida, et al v. BMG Music, et al**
August 08, 2000   |   NY U.S. Dist. Ct., South   |   1:00-CV-05853   |   Unfair Competition & Business Practices,
Antitrust   |   Judge(s): Judge Barbara S. Jones

**249. Davis v. Universal Music, et al**
April 25, 2000   |   NY U.S. Dist. Ct., South   |   1:00-CV-03132   |   Contracts, Other Contract   |   Judge(s): Judge
Laura Taylor Swain

**250. Chambers, et al v. Time Warner, Inc., et al**
April 12, 2000   |   NY U.S. Dist. Ct., South   |   1:00-CV-02839   |   Class Action   |   Judge(s): Judge Jed S.
Rakoff

**251. Aye v. Univeral Music Group, et al**
February 18, 2000   |   NY U.S. Dist. Ct., South   |   1:00-CV-01245   |   Intellectual Property, Copyright
|   Judge(s): Judge William H. Pauley, III

**252. Weber-Lubeck v. Universal Music**
January 19, 2000   |   NY U.S. Dist. Ct., South   |   1:00-CV-00368   |   Civil Rights, Employment   |   Judge(s):
Judge Naomi Reice Buchwald

**253. SAVAGE CHANTAY v. UNIVERSAL MUSIC GROUP INC**
January 11, 2000   |   NY New York County Clerk Civil Index   |   100532/2000   |   CIVIL

**254. The Statler Brothers v. Universal Music**
October 29, 1999   |   NY U.S. Dist. Ct., South   |   1:99-CV-10939   |   Contracts, Other Contract   |   Judge(s):
Judge Kimba M. Wood

**255. Carell v. The Shubert Organ., et al**
July 12, 1999   |   NY U.S. Dist. Ct., South   |   1:99-CV-04997   |   Intellectual Property, Copyright   |   Judge(s):
Judge Allen G. Schwartz

**256. DOZIER LAMONT H v. MOTOWN RECORD CO L P**
June 30, 1999   |   NY New York County Clerk Civil Index   |   113475/1999   |   CIVIL

**257. DOZIER, LAMONT H. IN RE OF THE MATTER OF v. MOTOWN RECORD COMPANY L.P., UNIVERSAL MUSIC GROUP, INC., EMI MUSIC INC., EMI MUSIC PUBLISHING AND HARRY FOX AGENCY**
June 30, 1999  |  NY NEW YORK SUP. CT.  |  0113475/1999  |  CIVIL  |  Judge(s): HERMAN CAHN

**258. JONES WAYMAN v. POLYGRAM RECORDS INC**
June 09, 1999  |  NY New York County Clerk Civil Index  |  111963/1999  |  CONTRACTS

**259. ALLMAN GALADRIELLE v. UNIVERSAL MUSIC GROUP**
March 17, 1999  |  NY New York County Clerk Civil Index  |  601283/1999  |  CONTRACTS

**260. POSITANO, ROCK G. AND CARNEGIE HITS, INC. v. UNIVERSAL RECORDS, INC. AND UNIVERSAL MUSIC GROUP**
April 11, 1997  |  NY NEW YORK SUP. CT.  |  0600610/1997  |  CONTRACTS  |  Judge(s): BARRY A. COZIER; LEWIS R. FRIEDMAN

© 2018 Thomson Reuters. No claim to original U.S. Government Works.