EXHIBIT 19

# STARBOY

Total Current ASCAP Share: 43.32%

ISWC: T9200033869
Work ID: 891793562

## Writers

| ASCAP controls 21.66% | PRO | IPI |
|---|---|---|
| BANGALTER THOMAS | BMI | 261873747 |
| HOMEM CHRISTO GUY MANUEL | BMI | 197320458 |
| MCKINNEY MARTIN DANIEL | SOCAN | 276013382 |
| QUENNEVILLE JASON | SOCAN | 603465077 |
| TESFAYE ABEL | SOCAN | 574514146 |
| WALTER HENRY RUSSELL | ASCAP | 637303655 |

## Publishers

| ASCAP controls 21.66% | PRO | IPI |
|---|---|---|
| **CIRKUT BREAKER LLC**  Contact Info  (tel:(212)247-6204)  (mailto:Contact.USA@kobaltmusic.com)  C/O KOBALT SONGS MUSIC PUBLISHING  TOM ANDREWS  THE RIVER BUILDING, 1 COUSIN LANE  LONDON, , EC4R GB | ASCAP | 759348691 |
| **KMR MUSIC ROYALTIES II SCSP**  Contact Info  (tel:(212)247-6204)  (mailto:Contact.USA@kobaltmusic.com)  C/O KOBALT SONGS MUSIC PUBLISHING  TOM ANDREWS  THE RIVER BUILDING, 1 COUSIN LANE  LONDON, , EC4R GB | NS | 858735976 |
| **MYKAI MUSIC**  Contact Info  (tel:(212)247-6204)  (mailto:Contact.USA@kobaltmusic.com)  C/O KOBALT SONGS MUSIC PUBLISHING  TOM ANDREWS  THE RIVER BUILDING, 1 COUSIN LANE  LONDON, , EC4R GB | NS | 500261416 |
| **PRESCRIPTION SONGS**  Contact Info  (tel:(212)247-6204)  (mailto:Contact.USA@kobaltmusic.com)  C/O KOBALT SONGS MUSIC PUBLISHING  TOM ANDREWS  THE RIVER BUILDING, 1 COUSIN LANE  LONDON, , EC4R GB | ASCAP | 585355908 |
| **SAL AND CO LP**  Contact Info  (tel:(310)235-4700)  C/O UNIVERSAL MUSIC CORPORATION  2100 COLORADO AVENUE  SANTA MONICA, CA 90404 | SOCAN | 815037558 |
| **UNIVERSAL MUSIC CORPORATION**  Contact Info  (tel:(310)235-4700)  2100 COLORADO AVENUE  SANTA MONICA, CA 90404 | ASCAP | 31312147 |

Additional Non-ASCAP Publishers

## Performers

| | |
|---|---|
| ABEL THE WEEKND TESFAYE THOMAS BANGALTER GUY-MANUE | DAFT PUNK |
| DAFT PUNK THE WEEKND | KHS/VINCINT |
| THE FUNKTRONICS | THE WEEKND |
| THE WEEKND FEAT. DAFT PUNK | VIBE2VIBE |
| VITAMIN STRING QUARTET | WEEKND/DAFT PUNK |
| WILLIAM SINGE | |

## Alternate Titles

| | |
|---|---|
| LOOK WHAT YOU'VE DONE | SHAED |
| STARBOY (FEAT. DAFT PUNK) | STARBOY (KYGO REMIX) |
| STARBOY (THE WEEKND COVER) | STARBOY - LIVE FROM THE VICTORIAS SECRET 2016 |
| STARBOY FEAT.DAFT PUNK | THE WEEKND STARBOY FT. DAFT PUNK REMIX FUNKTR |