UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yasmin Mohamed p/k/a Yasminah,<br><br>Plaintiff,<br><br>v.<br><br>Abel Makkonen Tesfaye p/k/a The Weeknd; *et al.*,<br><br>Defendants. | Civil Action No.: 1:18-cv-08469-JSR |

<u>Declaration of Kris S. LeFan</u>

I, Kris S. LeFan, declare and state:

1. I am of counsel to the firm Lowe & Associates, PC, counsel for the plaintiff in the above captioned case. I am an attorney licensed to practice in the State of California. I am over the age of 18 and have personal knowledge of the following facts, except those stated on information and belief and which I believe to be true.

2. On November 26, 2018, I performed an internet search of Republic Records:

3. That search lead me to these web pages:

- <u>https://www.facebook.com/RepublicRecordsOfficial/</u>
- <u>https://www.linkedin.com/company/republicrecords</u>
- https://twitter.com/RepublicRecords

4. I saved partial images of those 3 web pages referenced above (which all expressly and unambiguously represented Republic Records being located in New York) and have attached true and accurate copies of those images hereto as Exhibit 18.

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed December 6, 2018.

Kris S. LeFan