EXHIBIT 18





OUT NOW

# Republic Records ✔
@RepublicRecordsOfficial

**Home**

About

Posts

Photos

Videos

Instagram

Community

Info and Ads

Create a Page

 Like    Share   •••

Watch Video

💬 Send

## Posts

 **Republic Records**
November 21 at 3:17 PM · 🌐

DUCKWRTH brings us from church to a high speed car ride in crazy new visuals for "Soprano"

WATCH → https://youtu.be/HdlW5lDBnTc
All Def Music



🔍 Search for posts on this Page

Record Label in New York, New
5.0 ⭐⭐⭐⭐⭐

## Community

👍 242,776 people like this

📶 243,582 people follow this

## About



◇ 1755 Broadway (2,449.59 mi)
New York, New York 10019
Get Directions

🌐 www.republicrecords.com



🐦 **Home**    ⚡ **Moments**

Search Twitter    Have an account? **Log in ▾**



| Tweets | Following | Followers | Likes | Lists | Moments |
|--------|-----------|-----------|-------|-------|---------|
| **48.1K** | **976** | **144K** | **24.9K** | **2** | **20** |

**Follow**

## Republic Records ✔
@RepublicRecords

Republic is home to an all-star roster of multi-platinum, award-winning legends and developing superstar artists.

⊙ New York City

🔗 republicrecords.com

🗓 Joined May 2010

**Tweets**    **Tweets & replies**    **Media**

⟲ Republic Records Retweeted



**Okayplayer** ✔ @okayplayer · 3h ⌄

.@Jacquees performed his hit singles "B.E.D" and "You" at the 2018 Soul Train Awards last night. Check out the performance here. bit.ly/2r5kTO8

