# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YASMIN MOHAMED p/k/a Yasminah,<br><br>Plaintiff,<br><br>v.<br><br>ABEL MAKKONEN TESFAYE, *etc., et al.*,<br><br>Defendants. | Civil Action No.: 18-cv-8469 (JSR)<br><br>**NOTICE OF DISMISSAL OF CERTAIN CLAIMS AND PARTIES** |



---

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, Yasmin Mohamed, hereby dismisses *without prejudice* the following claims and parties pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i):

1. All claims in this action as alleged against Defendants William Uschold p/k/a WILL U and Tyrone Dangerfield p/k/a TABOO!!, and Squad Music Group;

2. All claims ins this action as alleged against Defendants Guillaume Emmanuel de Homem-Christo and Thomas Bangalter p/k/a "Daft Punk, and

3. The Second, Third, Fourth, Fifth and Sixth Claims for Relief set forth in Plaintiff's Complaint.

Respectfully submitted,

Dated: December 7, 2018     By: _____
Scott Alan Burroughs, Esq.
(admitted pro hac vice)
DONIGER / BURROUGHS
231 Norman Avenue, Suite 413
Brooklyn, New York 11222
(310) 590-1820
*Attorneys for Plaintiff*

SO ORDERED

_____
U.S.D.J.
12-10-18

2

NOTICE OF DISMISSAL OF CERTAIN CLAIMS AND PARTIES