**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Yasmin Mohamed p/k/a Yasminah,

               Plaintiff,

    -against-

Abel Makkonen Tesfaye p/k/a
The Weeknd; et al

               Defendant.

<u>1:18</u> Civ. <u>08469</u> ( <u>JSR</u> )

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, <u>     I, Kris S. LeFan     </u> hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

<u>Yasmin Mohamed p/k/a Yasminah            </u> in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of <u>  California           </u> and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 11, 2018

Respectfully Submitted,

_____

Applicant Signature:__*Kris S. LeFan*_____

Applicant's Name:_Kris S. LeFan_____

Firm Name:_Lowe & Associates, PC_____

Address:_8383 Wilshire Blvd. Ste #1038_____

City/State/Zip:_Beverly Hills, CA  90211_____

Telephone/Fax:_310-477-5811_____

Email:_kris@lowelaw.com_____