UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yasmin Mohamed p/k/a Yasminah,<br><br>Plaintiff,<br><br>v.<br><br>Abel Makkonen Tesfaye p/k/a The Weeknd; et al.,<br><br>Defendants. | Civil Action No.: 1:18-cv-08469-JSR |

## MOTION FOR ADMISSION PRO HAC VICE; AFFIDAVIT

Pursuant to Local Rule 1.3, Kris S. LeFan states as follows:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3. There are no disciplinary proceedings presently against me in any state or federal court.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: December 11, 2018

*Kris LeFan*
Kris S. LeFan