UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yasmina Mohammed p/k/a Somalia
                    Plaintiff,

-against-

Abel Makkonen Tesfaye p/k/a
The Weeknd; et al    Defendant.

1:18 cv 08469 (JSR)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Kris S. LeFan_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California_____; and that his/her contact information is as follows (please print):

Applicant's Name: Kris S. LeFan
Firm Name: Lowe & Associates, PC
Address: 8383 Wilshire Blvd. Ste. #1038
City / State / Zip: Beverly Hills, CA 90211
Telephone / Fax: 310-477-5811 / 310-477-7672

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Yasmina Mohammed p/k/a Somalia__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                    _____
                                            United States District / Magistrate Judge