# EXHIBIT 3

3094119

## STATEMENT AND DESIGNATION BY FOREIGN CORPORATION

FILED
in the office of the Secretary of State
of the State of California

MAR 27 2008

Universal Music Corp.
_____
(Name of Corporation)

_____ , a corporation organized and existing under the

laws of _____Delaware_____ , makes the following statements and designation:
(State or Place of Incorporation)

1. The address of its principal executive office is  10 Universal City Plaza, Universal City, CA 91608

2. The address of its principal office in the State of California is  2220 Colorado Avenue, Santa Monica, CA 90404
(If none, leave Item 2 blank.)

### DESIGNATION OF AGENT FOR SERVICE OF PROCESS IN THE STATE OF CALIFORNIA
(Complete either Item 3 or Item 4.)

3. (Use this paragraph if the process **agent is a natural person.**)

_____ , a natural person residing in the State of

California, whose complete street address is _____

_____ , is designated as agent upon whom process directed to this corporation may be served within the State of California, in the manner provided by law.

4. (Use this paragraph if the process **agent is another corporation.**)

C T Corporation System

a corporation organized and existing under the laws of _____Delaware_____ ,
is designated as agent upon whom process directed to this corporation may be served within the State of California, in the manner provided by law.

5. It irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the Secretary of State of the State of California if the agent so designated or the agent's successor is no longer authorized to act or cannot be found at the address given.

_____          Neil Nagano, Secretary
(Signature of Corporate Officer)              (Typed Name and Title of Officer Signing)

*If an individual is designated as the agent for service of process, include the agent's business or residential street address in California (a P O Box address is not acceptable). If another corporation is designated as the agent for service of process, do not include the address of the designated corporation. Note: Corporate agents must have complied with California Corporations Code section 1505 prior to designation, and a corporation cannot act as its own agent.*

Secretary of State Form
S&DC-STOCK/NONPROFIT (REV 01/2008)

C4049  01/29/2008 C T System Online

# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "UNIVERSAL MUSIC CORP." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-SEVENTH DAY OF MARCH, A.D. 2008.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

4435575  8300

080364172

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6481863

DATE: 03-27-08