# EXHIBIT 6



PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "THE WEEKND XO US LLC", FILED IN THIS OFFICE ON THE ELEVENTH DAY OF FEBRUARY, A.D. 2013, AT 5:57 O'CLOCK P.M.

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 0210479

5287467  8100

130157819

DATE: 02-12-13

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 06:01 PM 02/11/2013*
*FILED 05:57 PM 02/11/2013*
*SRV 130157819 - 5287467 FILE*

# STATE *of* DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE *of* FORMATION

**First:** The name of the limited liability company is _____
The Weeknd XO US LLC

**Second:** The address of its registered office in the State of Delaware is _____
615 S. DuPont Hwy. in the City of Dover.
Zip code 19901. The name of its Registered agent at such address is
National Corporate Research, Ltd.

**Third:** (Use this paragraph only if the company is to have a specific effective date of dissolution: "The latest date on which the limited liability company is to dissolve is _____.")

**Fourth:** (Insert any other matters the members determine to include herein.)

In Witness Whereof, the undersigned have executed this Certificate of Formation this

11th day of February, 2013.

By: _____
Authorized Person (s)

Name: Jason J. Liberman