UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
Yasmin Mohamed p/k/a Yasminah,

               Plaintiff,

      v.

Abel Makkonen Tesfaye p/k/a The Weeknd;
Guillaume Emmanuel de Homem-Christo and
Thomas Bangalter p/k/a Daft Punk; Martin
McKinney p/k/a Doc; Henry Walter p/k/a Cirkut;
Jason Quenneville p/k/a DaHeala, XO Records,
LLC; Republic Records; Universal Music Group;
William Uschold p/k/a WILL U; Tyrone
Dangerfield p/k/a TABOO!!; Squad Music
Group; and DOES 1-10,

               Defendants.
------------------------------------------------------------- x

Case No. 18-cv-8469 (JSR)

**REPLY DECLARATION OF DENNIS A. ROACH
IN SUPPORT OF MOTION TO DISMISS OR TRANSFER**

    I, Dennis A. Roach, declare and state:

    1.    I am a lawyer admitted to practice in the State of California, and the principal of Dennis A. Roach, A Professional Corporation, located at 9200 Sunset Boulevard, Suite 525, Los Angeles, California 90069. I am over the age of 18 and have personal knowledge of the following facts.

    2.    I represented The Weeknd XO US, LLC, in its lease of a condominium in New York. I personally participated in the negotiations of the terms of that lease, which took place in the last week or ten days of September 2018, and after September 17, 2018, which I understand is the date that plaintiff filed this action.

3.   The lease was signed by my client on September 24, 2018, and I received by e-mail at my offices in Los Angeles, California, the fully executed lease from the lessor's lawyer on September 26, 2018. Attached to this declaration as Exhibit 1 is a true and correct copy of the e-mails I exchanged with the lessor's lawyer reflecting the foregoing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 13, 2018.

_____
DENNIS A. ROACH