# EXHIBIT 1

**From:** Richard C. Hamlin <rhamlin@rchamlinlaw.com>
**Sent:** Wednesday, September 26, 2018 10:49 AM
**To:** Dennis Roach <dennis@roachlaw.net>
**Cc:** 'Melissa Mahood - SAL&CO' <melissa@salxco.com>; 'Schwadron, Jared' <Jared.Schwadron@elliman.com>; 'Spencer Trujillo' <Spencer@dwabiz.com>
**Subject:** RE: Unit PHD - ███████████ - NY, NY

Dennis:

Attached please find a copy of the fully executed Lease for the above condominium unit. Funds for the first month's rent and security deposit have been received. We will confirm Board approval as soon as we are able.

Best regards

Richard C. Hamlin, Esq.
The Law Offices of Richard C. Hamlin LLC
928 Broadway - Suite 1005
New York, New York 10010
Telephone:  212-557-8626
Facsimile:  212-557-7270
Mobile:  917-750-3883

**From:** Dennis Roach <dennis@roachlaw.net>
**Sent:** Monday, September 24, 2018 6:30 PM
**To:** Richard C. Hamlin <rhamlin@rchamlinlaw.com>
**Cc:** Melissa Mahood - SAL&CO <melissa@salxco.com>
**Subject:** RE: Unit PHD - ███████████ - NY, NY

See attached. Kindly send countersigned doc.

Dennis A. Roach
Dennis A. Roach, A Professional Corporation
9200 Sunset Boulevard, Suite 525
Los Angeles, CA 90069
T (310) 859-1800
F (310) 652-8211

CONFIDENTIALITY NOTE:
The information contained in this e-mail message and any attachments is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this message or its attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone, fax, or email and delete the message. Thank you.

**From:** Richard C. Hamlin <rhamlin@rchamlinlaw.com>
**Sent:** Monday, September 24, 2018 11:28 AM
**To:** Dennis Roach <dennis@roachlaw.net>
**Subject:** RE: Unit PHD - ███████████ - NY, NY

Dennis:

Attached please find the revised Lease and Lease Rider reflecting the name of the tenant just provided.

Please confirm when you intend to have your client execute the attached and whether the payments of the first month's rent and the security deposit will be by certified check or wire transfer.

Richard C. Hamlin, Esq.
The Law Offices of Richard C. Hamlin LLC
928 Broadway - Suite 1005
New York, New York 10010
Telephone:  212-557-8626
Facsimile:  212-557-7270
Mobile:  917-750-3883