UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
YASMIN MOHAMED P/K/A YASMINAH,     :

    Plaintiff,                     :
                                       :   18-cv-8469(JSR)
    -v-                                :
                                       :   ORDER
ABEL MAKKONEN TESFAYE P/K/A        :
THE WEEKND; GUILLAUME EMMANUEL     :
DE HOMEM- CHRISTO AND THOMAS       :
BANGALTER P/K/A DAFT PUNK; MARTIN  :
MCKINNEY P/K/A DOC; HENRY WALTER   :
P/K/A CIRKUT; JASON QUENNEVILLE    :
P/K/A DAHEALA, XO RECORDS, LLC;    :
REPUBLIC RECORDS; UNIVERSAL MUSIC  :
GROUP; WILLIAM USCHOLD P/K/A WILL  :
U;TYRONE DANGERFIELD P/K/A TABOO!!;:
SQUAD MUSIC GROUP; AND DOES 1-10,  :
                                       :
    Defendants.                    :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

    Before the Court is the motion of defendants Abel Tesfaye, Jason Quenneville, and The Weeknd XO, LLC (collectively, the "Weeknd Defendants") to transfer this case to the United States District Court for the Northern or Central District of California pursuant to 28 U.S.C. § 1404(a), or, alternatively, to dismiss the claims against them for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2).[1] See Dkt. 58. The Court received full briefing and oral argument on this motion.

---

[1] The Weeknd Defendants, joined by defendant UMG Recordings, Inc., also moved to dismiss certain claims for improper venue under Fed. R. Civ. P. 12(b)(3) and to transfer the case to the United States District Court for the Northern District of California

After careful consideration, the Court grants the motion to transfer to the Central District of California pursuant to 28 U.S.C. § 1404(a). Accordingly, the Court declines to reach the motion to dismiss. While an opinion explaining the reasons for this ruling will issue in due course, the Clerk of the Court is directed to take the necessary steps to effectuate transfer immediately.

SO ORDERED

Dated:   New York, NY
         January 4, 2019

_____
JED S. RAKOFF, U.S.D.J.

---

pursuant to 28 U.S.C. § 1406(a), see id., but this motion has been mooted by plaintiff's subsequent voluntary dismissal of the claims it addressed. See Dkt. 63.